RECD IN PRO SE OFFICE
JUL 31 '25 AM11:08

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

CHRISTOPHER MUNGIN,

Plaintiff(s),

v.

CITY OF NEW YORK DSS/HRA/DHS,
MOLLY WASOW PARK, in her official capacity,
NATASHA PHANG- LAWRENCE, in her official capacity,
HOME/LIFE SERVICES INC.,
QUEENS FAMILY RESIDENCE LLC,
MARCIA UNDERWOOD, in her individual capacity,
GRACE DUODU, in her individual capacity,
WARREN ENGLISH, in his individual capacity,
JEFFERY LAURENT, in his individual capacity,
AALIYAH MANDLEY, in her individual capacity,
DESMOND KING, in his individual capacity,
~~LEENA CASTILLO~~, in her individual capacity
11:22 LEANNA CASTILLO
07/31/25
CM

Respondent(s).

CIVIL ACTION NO. 25-cv-04277-LDH-VMS

DeArcy Hall, J
Scanlon, MJ

**EXHIBIT A: EMAIL PICTURES**
**EXHIBIT B:CITY FHEPS VOUCHER**
**EXHIBIT C:CCRB REPORT**
**EXHIBIT D:~~USB FLASH DRIVE~~** – DECLINED 07/31/2025 11:04AM CM
**EXHIBIT E: EVIDENCE PICTURES**
**EXHIBIT F: PAY STUBS**

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff Christopher Mungin, by and through this Complaint, respectfully alleges the following:

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343(a)(3) (civil rights).

2. Venue is proper in the Eastern District of New York pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to these claims occurred in Queens County, New York.

## II. PARTIES

3. Plaintiff Christopher Mungin is a resident of Queens County, New York, residing at 73-00 Queens Boulevard #256, Queens, NY 11377.

4. Defendant City of New York DSS/HRA/DHS is a municipal entity responsible for the administration of public benefits and housing assistance programs.

5. Defendant Home/Life Services Inc. is a non-profit or private provider contracted by the City to operate transitional housing programs, including Queens Family Residence.

6. Defendant Queens Family Residence LLC is the specific facility where the alleged events occurred.

7. Defendant Grace Duodu is or was employed as a case manager at Queens Family Residence and is sued in her individual capacity.

8. Defendant Warren English is or was the Director of Social Services at the facility and is sued in his individual capacity.

9. Defendant Marcia Underwood is or was the Program Director and is sued in her individual capacity.

10. Defendant Jeffery Laurent is or was a housing specialist at the facility and is sued in his individual capacity.

11. Defendant Aaliyah Mandley is or was a case manager at the facility and is sued in her individual capacity.

12. Defendant Desmond King is or was the Operation Director at the facility and is sued in his individual capacity.

13. Defendant Leanna Castillo is or was the Director of social services at the facility and is sued in her individual capacity.

14. Defendant Natasha Phang- Lawrence is or was the compliance analyst/portfolio 12 at DHS.

## III. STATEMENT OF FACTS

15. In June 2022, Defendant Duodu demanded that Plaintiff provide medical records for himself and his daughter. Plaintiff declined.

16. In retaliation, Duodu threatened to report Plaintiff to Child Protective Services in an attempt to have his daughter removed from his custody.

17. Duodu coerced Plaintiff into signing a request for voluntary direct payment of emergency assistance funds under duress. Plaintiff has photographic evidence of this interaction.

18. Duodu and other staff members entered Plaintiff's housing unit without notice or consent, violating his right to privacy.

19. In August 2022, maintenance personnel were sent to Plaintiff's unit to inspect a reported leak. Despite finding no leak, they created a large hole in the shower wall.

20. At the direction of Defendant English, the shower nozzle was removed, and the wall was left unrepaired. Plaintiff was without a functional shower for approximately seven months.

21. Plaintiff and his infant child were forced to live in substandard conditions. Despite repeated complaints to DHS and 311, repairs were not made until March 2023.

22. Plaintiff submitted necessary documentation to Defendant Laurent in connection with a City FHEPS housing voucher but received no meaningful assistance or follow-up.

23. Defendant Laurent later falsely claimed the presence of drugs and alcohol in Plaintiff's unit. When confronted, Laurent admitted the claim was false but had already included it in official records. This conversation was recorded.

24. Plaintiff was reassigned to Defendant Mandley. He later discovered his spouse had never been added to his public assistance case and that he had been underpaid benefits.

25. Defendant Mandley admitted that facility staff maintained a "difficult client list" to intentionally deny certain residents services. This admission was also recorded.

26. On June 1, 2023, Plaintiff returned from the laundromat to find his unit door wide open and $2,000 in cash missing.

27. Plaintiff reported the theft to Defendant King, who refused to investigate or review available surveillance footage. Plaintiff tried subsequently file a police report but were denied by officers.

28. In August 2023, the water to Plaintiff's unit was shut off without notice. The facility took no action until Plaintiff contacted his City Council member's office, which led to restoration of the water supply.

29. In November of 2023, Plaintiff gave Defendant Castillo four pay stubs for a city FHEPS, plaintiff did not receive until middle December. Plaintiff received via email of city FHEPS but later finding out no such city FHEPS voucher exist.

30. In January 2024, Defendant Castillo tried to illegally remove the plaintiff and his family from the facility. Plaintiff called 911 and DHS path that stated "DO NOT LEAVE". Defendant Castillo was on the phone with the Program director who stated "HE CAN HAVE THE APARTMENT IF HE LEAVE" recorded on police device. Plaintiff showed the officers the DHS daily and night log with plaintiff name as proof of belonging in the unit. The officers refused to file a complaint of harassment.

31. Plaintiff filed a CCRB report due to the public servants refusing to file a report.

32. Plaintiff was asked to attend a meeting with defendants Castillo, King and Lawrence. Defendant Lawrence stated if the plaintiff did not sign a document he did not consent to "UNIVERSAL ROI" he can be at the facility for another 5 to 10 years, Defendant Lawrence stated the Plaintiff "NEVER HAD A CITY FHEPS VOUCHER" . This admission was also recorded.

33. Defendant Lawrence also stated to the plaintiff that anyone can walk in his unit, "WHILE IN THE SHOWER, SLEEPING OR EVEN NAKED". This admission was also recorded.

## IV. CLAIMS FOR RELIEF

**Count I: Violation of 42 U.S.C. § 1983 — Due Process (Coercion and Threats)**

34. Defendants Duodu , English and Lawrence acting under color of law, violated Plaintiff's due process rights by using threats and coercion to deprive him of liberty and property interests without lawful procedures.

**Count II: Violation of 42 U.S.C. § 1983 — Fourth Amendment (Unlawful Entry)**

35. Defendants unlawfully entered Plaintiff's residence without consent or notice, violating his Fourth Amendment rights.

**Count III: Violation of the Fair Housing Act (42 U.S.C. §§ 3601–3619)**

36. Defendants failed to maintain habitable housing conditions and retaliated against Plaintiff for asserting his rights, in violation of the Fair Housing Act.

**Count IV: Violation of 42 U.S.C. § 1983 — Substantive Due Process**

37. The prolonged denial of functional plumbing and sanitation services in a facility housing families with children violates Plaintiff's substantive due process rights.

**Count V: Violation of the Equal Protection Clause**

38. Plaintiff was deliberately placed on a "difficult client list" and treated differently than similarly situated residents without a rational basis, in violation of the Equal Protection Clause.

**Count VI: Negligence (State Law Claim)**

39. Defendants were negligent in managing the facility, resulting in damage to property, exposure to unsafe living conditions, and deprivation of essential services.

## V. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court:

A. Award compensatory damages in an amount to be determined at trial;

B. Award punitive damages against the individual defendants for their willful and malicious conduct;

C. Enter a permanent injunction prohibiting retaliation, coercive practices, and requiring Defendants to maintain habitable and lawful housing conditions;

D. Order that Plaintiff and his family be transferred to safe and appropriate alternative housing;

E. Award reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 1988; and

F. Grant such other and further relief as the Court deems just and proper.

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

**Respectfully submitted,**

**Christopher Mungin**
Address 73-00 QUEENS BLVD
phone number 347-908-3903
email C.MUNGIN23@gmail.com

## CERTIFICATE OF SERVICE

**HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via in person and/or U.S.A. Postal Service certified mail to the following:

Respectfully submitted,


[signature]

**Christopher Mungin**
Address 73-00 QUEENS Blvd
phone number 347-908-3903
email C.MUNGIN23@gmail.com


CC

## Certification

**STATE OF NEW YORK, COUNTY OF NEW YORK, SS:**

**I, Milton Adair Tingling, County Clerk and Clerk of Supreme Court New York County, do hereby certify that on July 28, 2025 I have compared the document attached hereto,**

**100404/2025 NOTICE OF WITHDRAWAL OF ACTION AND INTENT TO RE-FILE IN FEDERAL COURT filed 7/28/2025 page(s) 1-3.**

**with the originals filed in my office and the same is a correct transcript therefrom and of the whole of such original in witness whereto I have affixed my signature and seal.**

Milton Adair Tingling

MILTON ADAIR TINGLING
NEW YORK COUNTY CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

FILED
JUL 28 2025
NEW YORK COUNTY
COUNTY CLERK

CHRISTOPHER MUNGIN,

Plaintiff(s),

v.

CITY OF NEW YORK DSS/HRA/DHS, HOME/LIFE SERVICES INC., QUEENS FAMILY RESIDENCE LLC,

Respondent(s).

Index No. 100404/2025

Exhibit A: Copy of the Federal Court's Remand Order

**NOTICE OF WITHDRAWAL OF ACTION AND INTENT TO REFILE IN FEDERAL COURT**

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned, Christopher Mungin, Plaintiff in the above-captioned action, hereby provides notice to this Court that:

1. On or about July 14, 2025, Plaintiff filed a Notice of Removal of this action to the United States District Court for the Southern District of New York (Case No. 1:25-cv-05438), pursuant to 28 U.S.C. § 1441.

2. The U.S. District Court subsequently determined that removal was procedurally improper, as plaintiffs may not remove their own cases, and dismissed and remanded the matter back to this Court.

3. Plaintiff now formally withdraws this action from the Supreme Court of the State of New York and will pursue a new civil rights complaint in federal court under proper jurisdiction.

4. Plaintiff respectfully requests that this Court take notice of this withdrawal and terminate the state court proceeding accordingly.

Respectfully submitted,

Christopher Mungin
73-00 Queens Boulevard #256
Queens, NY 11377
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

**HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via in person and/or U.S.A. Postal Service certified mail to the following:

Respectfully submitted,

**Christopher Mungin**
Address
phone number
email

**CC**

Case: 1:25-cv-5438   Document: 7,8

Christopher Mungin
7300 Queens Blvd.
Woodside, NY 11377

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MUNGIN,

Plaintiff,

-against-

CITY OF NEW YORK DSS/HRA/DHS, et al.,

Defendants.

25-CV-5438 (LTS)

ORDER GRANTING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: July 21, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:CourtMail@localhost.localdomain

Message-Id:<33344937@nysd.uscourts.gov>
Subject:Activity in Case 1:25-cv-05438-LTS Mungin v. City of New York DSS/HRA/DHS et al Order Granting IFP Application
Content-Type: text/plain

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of New York

Notice of Electronic Filing

The following transaction was entered on 7/22/2025 11:53 AM EDT and filed on 7/21/2025

Case Name: Mungin v. City of New York DSS/HRA/DHS et al
Case Number: 1:25-cv-05438-LTS https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?645158

Filer:

Document Number: 7

Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.nysd.uscourts.gov/doc1/127137903534?caseid=645158&de_seq_num=34&magic_num=MAGIC

Docket Text:
ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. (Signed by Judge Laura Taylor Swain on 7/21/2025) (sgz)

1:25-cv-05438-LTS Notice has been electronically mailed to:

1:25-cv-05438-LTS Notice has been delivered by other means to:
Christopher Mungin
7300 Queens Blvd.
Woodside, NY 11377

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1008691343 [Date=7/22/2025] [FileNumber=33344936-0]
[a85855841d54967a014b1fac982a61889e2db5f7a840030ebfdf0f7bdf4ba36e91acf5b734844f22f7edb4927df7f3f4c0ef440ab47ad2c16529a53f44c6307b]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MUNGIN,

Plaintiff,

-against-

CITY OF NEW YORK DSS/HRA/DHS, et al.,

Defendants.

25-CV-5438 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, initiated this action on June 30, 2025, by filing a complaint against Defendants "City of New York DSS/HRA/DHS," Office of the Comptroller, Home Life Services Inc., and Queens Family Residence LLC. The complaint refers to an ongoing case that he filed in New York State Supreme Court, New York County, against the same defendants, *see Mungin v. City of New York DSS/HRA/DHS*, Ind. No. 10040/25 (N.Y. Cnty. Sup. Ct.), and indicates that he intends to file a notice of removal of the state court case.

On July 14, 2025, Plaintiff filed the notice of removal. Both the complaint and notice of removal include pleadings from the state court matter, specifically, Plaintiff's "opposition" to the affirmative defenses raised in Defendants' answer. The Court treats this superseding application (ECF 6) as the operative pleading.

By order dated July 21, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. For the reasons set forth below, the action is remanded to the New York State Supreme Court, New York County.

## STANDARD OF REVIEW

A defendant in a state-court action may remove a matter to federal district court if the district court has original jurisdiction over the action. 28 U.S.C. § 1441(a). To remove a state-court action to a federal district court:

> [a] defendant . . . shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

28 U.S.C. § 1446(a). The right of removal is "entirely a creature of statute," and the "statutory procedures for removal are to be strictly construed." *Syngenta Crop Protection, Inc. v. Henson*, 537 U.S. 28, 32 (2002). A federal district court may *sua sponte* remand an action within 30 days of the filing of the notice of removal for a procedural defect, or at any time for a lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c); *Mitskovski v. Buffalo & Fort Erie Pub. Bridge Auth.*, 435 F.3d 127, 131-33 (2d Cir. 2006); *Hamilton v. Aetna Life & Cas. Co.*, 5 F.3d 642, 643-44 (2d Cir. 1993).

## DISCUSSION

Removal of this case is improper because only the defendant in a state court action can file a notice of removal. *Yonkers Racing Corp. v. City of Yonkers*, 858 F.2d 855, 863 (2d Cir. 1988) ("Quite simply, a party who is in the position of a plaintiff cannot remove."); *Gehm v. New York Life Ins. Co.*, 992 F. Supp. 209, 210 (E.D.N.Y. 1998) (noting that " [e]very case to consider the question has held that defendants, and only defendants, may remove") (citation omitted).

Moreover, "Section 1441(a) . . . does not permit removal based on counterclaims at all, as a counterclaim is irrelevant to whether the district court had "original jurisdiction" over the civil action." *Home Depot U. S. A., Inc. v. Jackson*, 587 U.S. 435, 442 (2019). To the extent Plaintiff

seeks to remove this state-court action because he answered defendants' affirmative defenses, the removal statute does not allow for removal in this circumstance. Removal must be initiated by a state-court defendant.

For this reason, the Court concludes that removal is improper. Thus, the action is remanded to the New York State Supreme Court, New York County. *See Mitskovski v. Buffalo & Fort Erie Pub. Bridge Auth.*, 435 F.3d 127, 131 (2d Cir. 2006) (noting that the Circuit has "interpreted section 1447(c) to authorize a remand for either a procedural defect asserted within 30 days of the filing of notice of removal or a lack of subject matter jurisdiction").

**CONCLUSION**

The Court treats Plaintiff's notice of removal (ECF 6), filed on July 14, 2025, as the operative pleading.

Because removal of this action is improper, it is remanded under 28 U.S.C. § 1447(c) to the New York State Supreme Court, New York County. The Clerk of Court is directed to send a copy of this order to that court and to close this action. All pending matters are terminated.

SO ORDERED.

Dated: July 21, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:CourtMail@localhost.localdomain

Message-Id:<33345107@nysd.uscourts.gov>
Subject:Activity in Case 1:25-cv-05438-LTS Mungin v. City of New York DSS/HRA/DHS et al Order
Content-Type: text/plain

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court
Southern District of New York

Notice of Electronic Filing

The following transaction was entered on 7/22/2025 12:09 PM EDT and filed on 7/21/2025

Case Name: Mungin v. City of New York DSS/HRA/DHS et al
Case Number: 1:25-cv-05438-LTS https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?645158

Filer:

Document Number: 8

Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.nysd.uscourts.gov/doc1/127137903762?caseid=645158&de_seq_num=36&magic_num=MAGIC

Docket Text:
ORDER: The Court treats Plaintiff's notice of removal (ECF 6), filed on July 14, 2025, as the operative pleading. Because removal of this action is improper, it is remanded under 28 U.S.C. § 1447(c) to the New York State Supreme Court, New York County. The Clerk of Court is directed to send a copy of this order to that court and to close this action. All pending matters are terminated. SO ORDERED. (Signed by Judge Laura Taylor Swain on 7/21/2025) (sgz) Transmission to Docket Assistant Clerk for processing.

1:25-cv-05438-LTS Notice has been electronically mailed to:

1:25-cv-05438-LTS Notice has been delivered by other means to:
Christopher Mungin
7300 Queens Blvd.
Woodside, NY 11377

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1008691343 [Date=7/22/2025] [FileNumber=33345106-0]
[7f7c5027eeeb953cbf44720273ef2e7a5b3058f9c7711275105ac170f0676985298489a3296a31856a8cd098c91ca5abeda77da3036fbe424c875d71ff24f789]]

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Case No. ______________________

*(to be filled in by the Clerk's Office)*

CHRISTOPHER MUNGIN

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CITY OF NEW YORK DSS/HRA/DHS, HOME/LIFE SERVICES INC., QUEENS FAMILY RESIDENCE LLC

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CHRISTOPHER MUNGIN |
| Street Address | 73-00 QUEENS Blvd |
| City and County | NY WOODSIDE, QUEENS |
| State and Zip Code | NEW YORK, 11377 |
| Telephone Number | 347-908-3903 |
| E-mail Address | C.MUNGIN23@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CITY OF NEW YORK DSS/HRA/DHS Molly WASOW park |
| Job or Title *(if known)* | COMMissioner |
| Street Address | 150 GREENWICH STREET 38th FL |
| City and County | Newyork, New york |
| State and Zip Code | New york, 10007 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | NATASHA DHANG-LAWRENCE |
| Job or Title *(if known)* | is or was Compliance analyst/portfolio 12 |
| Street Address | 33 Beaver street, 17 FL |
| City and County | New york, New york |
| State and Zip Code | New york, 10004 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | HOME/LIFE services INC |
| Job or Title *(if known)* | |
| Street Address | 73-00 Queens Blvd |
| City and County | Queens, Newyork |
| State and Zip Code | Newyork, 11377 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Queens Family Residences LLC |
| Job or Title *(if known)* | |
| Street Address | 73-00 Queens Blvd |
| City and County | Queens, Newyork |
| State and Zip Code | New york, 11377 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 5

| | |
|---|---|
| Name | MARCIA Underwood |
| Job or Title *(if known)* | program Director |
| Street Address | 73-00 Queens Blvd |
| City and County | Queens, NY |
| State and Zip Code | New York, 11377 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 6

| | |
|---|---|
| Name | Grace Duodu |
| Job or Title *(if known)* | Case Manager |
| Street Address | 73-00 Queens Blvd |
| City and County | Queens, New york |
| State and Zip Code | New york, 11377 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 7

| | |
|---|---|
| Name | Warren English |
| Job or Title *(if known)* | is or was Director social services |
| Street Address | 73-00 Queens Blvd |
| City and County | Queens, New york |
| State and Zip Code | Newyork, 11377 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 8

| | |
|---|---|
| Name | Jeffery Laurent |
| Job or Title *(if known)* | is or was Housing specialist |
| Street Address | 73-00 Queens Blvd |
| City and County | Queens, New york |
| State and Zip Code | New york, 11377 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 9

| | |
|---|---|
| Name | AALiyah Mandley |
| Job or Title *(if known)* | is or was Housing specialist |
| Street Address | 73-00 Queens Blvd |
| City and County | Queens, New York |
| State and Zip Code | New york, 11377 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 10

| | |
|---|---|
| Name | DesMond King |
| Job or Title *(if known)* | operation of Director |
| Street Address | 73-00 Queens Blvd |
| City and County | Queens, New york |
| State and Zip Code | New york, 11377 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 11

| | |
|---|---|
| Name | Leanna Castillo |
| Job or Title *(if known)* | Director of Social Services |
| Street Address | 73-00 Queens Blvd |
| City and County | Queens, New york |
| State and Zip Code | New york, 11377 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 12

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* CHRISTOPHER MUNGIN, is a citizen of the State of *(name)* NEW YORK.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________.
Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/31/2025

Signature of Plaintiff: C Klupper

Printed Name of Plaintiff: Christopher Mursin U.D

### B. For Attorneys

Date of signing: ____________________

Signature of Attorney: ____________________

Printed Name of Attorney: ____________________

Bar Number: ____________________

Name of Law Firm: ____________________

Street Address: ____________________

State and Zip Code: ____________________

Telephone Number: ____________________

E-mail Address: ____________________

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

CHRISTOPHER MUNGIN

(b) County of Residence of First Listed Plaintiff Queens
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

County of Residence of First Listed Defendant Queens
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☑ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☑ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☑ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☑ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# UNITED STATES DISTRICT COURT

for the

CHRISTOPHER MUNGIN
*Plaintiff(s)*

v.

QUEENS FAMILY RESIDENCE LLC
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHRISTOPHER MUNGIN

73-00 QUEENS Blvd, WOODSIDE, NY 11377

11:08AM
07/31/25
CM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Queens Family Residences LLC
73-00 Queens Blvd, Woodside, NY 11377

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CHRISTOPHER MUNGIN
*Plaintiff(s)*

v.

HOME/LIFE SERVICES INC.
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHRISTOPHER MUNGIN

73-00 QUEENS BLVD, WOODSIDE, NY 11377

11:09AM
07/31/25
CM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HOME/LIFE services INC.
73-00 Queens Blvd, Woodside, NY 11377

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CHRISTOPHER MUNGIN
*Plaintiff(s)*

v.

NATASHA PHANG-LAWRENCE, IN HER OFFICIAL CAPACITY
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHRISTOPHER MUNGIN
73-00 QUEENS Blvd, WOODSIDE, NY 11377

11:12AM
07/31/25
CM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natasha Phang-Lawrence
~~150 Greenwich Street~~ 17th FL
33 Beaver street
New york, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2025

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

CHRISTOPHER MUNGIN
*Plaintiff(s)*

v.

CITY OF NEW York DSS/HRA/DHS
Molly WASOW park, IN HER Official Capacity
*Defendant(s)*

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

CHRISTOPHER MUNGIN
73-00 QUEENS Blvd, WOODSide, NY 11377

11:13 Am
07/31/25
CM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

City of New York DSS/HRA/DHS
Molly Nasow park
150 Greenwich Street 38th FL
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2025

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

CHRISTOPHER MUNGIN
*Plaintiff(s)*

v.

JEFFERY LAURENT, IN his individual Capacity
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHRISTOPHER MUNGIN
73-00 QUEENS Blvd, Woodside, NY 11377

11:15AM
07/31/25
Cm

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery Laurent - work for Home/Life services
7300 Queens Blvd, Woodside, NY 11377

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2025

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

CHRISTOPHER MUNGIN
*Plaintiff(s)*

v.

WARREN ENGLISH IN his individual Capacity
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHRISTOPHER MUNGIN
07/31/25 73-00 QUEENS Blvd, Woodside, NY 11377
11:17 AM
CM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

WARREN English - works for home/Life Services
7300 Queens Blvd, Woodside, NY 11377

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CHRISTOPHER MUNGIN
*Plaintiff(s)*

v.

AALIYAH MANDLEY, IN her individual capacity
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHRISTOPHER MUNGIN
73-00 QUEENS BLVD, Woodside, NY 11377

07/31/25
11:14 AM A lawsuit has been filed against you.

CM Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AALiyah Mandley - works for Home/Life services
73-00 Queens Blvd, Woodside, NY 11377

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2025

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

CHRISTOPHER MUNGIN
*Plaintiff(s)*
v.
LEANNA CASTILLO, in her individual capacity
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHRISTOPHER MUNGIN
73-00 QUEENS Blvd, Woodside, NY 11377

CM
11:22AM
07/31/25

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LeANNA CASTILLO
73-00 Queens Blvd, Woodside, NY 11377

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2025

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

CHRISTOPHER MUNGIN
*Plaintiff(s)*

v. Civil Action No.

DESMOND KING, IN his individual Capacity
*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Christopher Mungin
73-00 QUEENS Blvd, woodside, NY 11377

07/31/25
11:20AM
CM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Desmond King
7300 Queens Blvd, woodside, NY 11377

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2025

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

CHRISTOPHER MUNGIN
*Plaintiff(s)*

v.

MARCIA UNDERWOOD, IN HER Individual Capacity
*Defendant(s)*

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

CHRISTOPHER MUNGIN
73-00 QUEENS Blvd, Woodside, NY 11377

11:20AM
07/31/25
CM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marcia underwood
73-00 Queens Blvd, woodside, NY, 11377

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2025

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

CHRISTOPHER MUNGEN
*Plaintiff(s)*

v.

GRACE DUODU, IN HER Individual Capacity
*Defendant(s)*

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

CHRISTOPHER MUNGEN
73-00 QUEENS Blvd, Woodside, NY 11377

07/31/25
11:18AM
CM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grace DUODU
73-00 Queens Blvd, Woodside, NY 11377

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2025

*Signature of Clerk or Deputy Clerk*

# EXHIBIT A

I have also went to the HRA Building on 109 E 16th street on Friday, February 2nd. I went to the 10th floor which is city Fheps and they could not locate the voucher as well. The 10th floor reported I proceed to the second floor of customer service and information. I was expressed that they can not validate nor do I have a voucher generated in the system that I have all errors on my case and that someone is not doing they job. The 2nd floor which is customer service and information gave me a copy of my budget letter as i attached it in the email, along with a picture of my access HRA APP of no record of city Fheps as I can not connect it.

1:32

Cancel **Connect Account**

**Unable to find case**

We cannot find any recent benefits cases on file.*

Please make sure your information was entered correctly and try again.

| | |
|---|---|
| From | chris M c.mungin23@gmail.com |
| To | Aaliyah Mandley amandley@queenfamilyresidence.com |
| | Desretta Clarke Declarke@dhs.nyc.gov |
| | Leanna Castillo lcastillo@queenfamilyresidence.com |
| | Marcia Underwood munderwood@queenfamilyresidence.com |
| | berryji@dss.nyc.gov |
| | commissioner_park@dss.nyc.gov |
| | jmaxwell@queenfamilyresidence.com |
| | mdiaz@queenfamilyresidence.com |
| Date | Feb 7, 2024 at 4:30 PM |

I also was selected for an HPD lottery on housing connect and document needs to be submitted before the deadline of February 15th. I went to city Fheps Friday, February 2nd to get rebudget and expedite it being that I found permanent housing. Nothing happened because they do not see my voucher.

6:00 LTE 94

I am requesting for you to submit me a city Fheps voucher that can be verified with HRA and city Fheps to kindly expedite it for permanent housing which I also expressed. To kindly correct the budget and add my spouse. The shelter facility has not given the proper help but neglected whenever I requested assistance.

•••

C

me Feb 8, 2024

to Aaliyah, Leanna, Marcia, berr...

Any update for my city Fheps voucher that can be verified with city Fheps and HRA. I just got off the phone again with DSS 718-557-1399 and it was stated from a supervisor that no documents were submitted. I am not getting any correspondence or able to meet when I request at the front desk to speak as well.

•••

C

me Feb 13, 2024

to Aaliyah, Leanna, Marcia, berr...

I am requesting a validated city Fheps shopping letter that I haven't received. As I expressed before I have until February 15th to submit documentation

Please note, voucher was already attached in a previous email from Ms Clarke on 2/7/24.

It has be Re - Attached.

HOME/LIFE SERVICES, INC.
IMPACTING COMMUNITIES ONE FAMILY AT A TIME

Leanna Castillo (she/her/hers) | ***Social Services Director***

Queen Family Residence

address: 7300 Queens Blvd, Woodside NY 11377

cell: +1 (929) 585-9410

phone: +1 (929) 551-0095 ext. 5102

fax: +1 (929) 208-0045

email: lcastillo@queenfamilyresidence.com

•••

Christopher Mungin CITYFH...

PDF

C me Feb 13, 2024

to Aaliyah, Jill, Leanna, commis...

As I expressed in my previous email, on February 2nd I went to 109 E 16th st 10th floor in New York, NY. Which is city Fheps and could not validate the document as it doesn't exist. As well as the customer service of information on the 2nd floor.
I have also just got of the phone from calling DSS/HRA 718-577-1399 and state there is no record of any city Fheps. I was recommended to reach back out to the shelter facility, as it is expressed that it is the job to help me.

•••

Christopher Mungin CITYFH...
PDF

D Desretta Clarke Feb 20, 2024
to me, Aaliyah, Leanna, Marcia,...

Good morning,

I am reaching out to find out what type of work schedule you have and when are you availble for viewings. Please know that your voucher expires in April. I need to referalsl you for viewings. Are you

I just called keli mills in the housing department DHS at 212-607-6032 on the 14th floor that does not have case workers on that floor or division. You were failed to be verified on the 14th floor. Please be advised if you will like future correspondence with me for any information. Please schedule me a meeting in your office.

Thank you,
Christopher Mungin

...

D Desretta Clarke Feb 20, 2024

to me, Paris, Sharon, Lamont

Good Afternoon,

Please be advised that I am a staff at DHS, in which I work on Re-Housing Support Team as a Re-Housing Coordinator. I reached out to you to assist you with your housing. My contact information is below. You can reach me at my contact numbers below. I am working remotely today. If the assistance reach out to me. Please stop calling all

me Feb 20, 2024

to Jill, commissioner_park ^

| | |
|---|---|
| From | chris M c.mungin23@gmail.com |
| To | Berry, Jill berryji@dss.nyc.gov |
| | commissioner_park@dss.nyc.gov |
| Date | Feb 20, 2024 at 2:20 PM |

Please schedule in person meeting for any further or future correspondence, thank you again.

Much gratitude,

•••

me Feb 20, 2024

to Desretta ⌄

•••

me Apr 22, 2024

to jdaniels ⌄

•••

to Leanna ^

From chris M c.mungin23@gmail.com

To Leanna Castillo
lcastillo@queenfamilyresidence.com

Date Nov 6, 2023 at 1:09 PM

0F8ooo0081004
40000r021867...
PDF

6KTooo0027004
40000r024747...
PDF

6KTooo0080745
83200r02FAC1...
PDF

me Nov 9, 2023
to Leanna

Any update on the shopping letter?

On Mon, Nov 6, 2023 at 1:09 PM chris M
<c.mungin23@gmail.com> wrote:

Leanna Castillo Nov 9, 2023
to me, Milca, Marcia

Much gratitude,

Christopher Mungin

•••

me Nov 21, 2023

to Atorres

---------- Forwarded message ---------
From: **chris M** <c.mungin23@gmail.com>
Date: Mon, Nov 6, 2023 at 1:09 PM
Subject: Pay stubs
To: Leanna Castillo <lcastillo@
queenfamilyresidence.com>

0F8ooo0081004 40000r021867... PDF

6KTooo0027004 40000r024747... PDF

6KTooo0080745 83200r02FAC1... PDF

Leanna Castillo Nov 22, 2023

to me, Marcia DIAZ

me Nov 5, 2023

to Leanna, Marcia

I went to the HRA OFFICE, I was expressed that I should schedule a meeting to receive my shopping letter and in fact does not take a few days nor week but rather as soon as the information is in put. It will generate on the spot for a shopping letter, I am requesting to be present when information sent. So I can correspond with a different party to let it be knowing that I am receiving the proper help. I am available Tomorrow "MONDAY" any time.

Much gratitude,
Christopher Mungin

Leanna Castillo Nov 6, 2023

to me, Marcia, Milca

Good morning Mr Mungin ,

I have meetings this morning, however are you available at 12:00PM today ?

C

me Jul 23

to khayden

Good day, you schedule a meeting with me, I am unavailable and would like to inquire the meeting pretaining to?

I've believed you were CC on having my email for correspondence from leena castillo.

Kind regards

K

Kiana Hayden Jul 23

to me

Good Morning,

I hope all is well!

Thank you for reaching out. The purpose of the meeting was to introduce myself and to discuss any housing updates or concerns you may have, so I can support you and your family in the transition to permanent housing.

Let me know your availability so we can schedule a time to meet.

I truly appreciate that and I'm sure you're a lovely person with great intentions.

I personally am uncomfortable with person meeting for how I was conducted of other parties there having "Breach of Trust".

I have no problem having correspondence and submitting documents you may need to help my family & you submitting me documents.

Kind regards

•••

HOME/LIFE SERVICES, INC.
IMPACTING COMMUNITIES ONE FAMILY AT A TIME

K

Kiana Hayden Jul 23

to me

I completely understand your concerns. However, I'm hopeful that we can meet and work together to create a

Please I wish to have correspondence via email. Again anything you may need me to submit, I am willing to do so.

Anything that can be stated can be through email for documentation submitted from both parties.

•••

HOME/LIFE SERVICES, INC.

IMPACTING COMMUNITIES ONE FAMILY AT A TIME

K Kiana Hayden Jul 23

to me

Unfortunately, we are unable to assist families through email. We'll give it some time, and whenever you and your family are comfortable, I'll will be happy to assist.

Thank you again for reaching out, and I hope you have a great day!

me Jul 23

to Kiana

Again I am open and willing to submit any documentation of the help you are willing to give & not denying any help what so ever in "good faith".

If you are denying any information via email. I am unclear of but respect and value your decision.

Kind regards

•••

HOME/LIFE SERVICES, INC.

IMPACTING COMMUNITIES ONE FAMILY AT A TIME

me Jul 23

to programgroup, Leanna, Marc...

Documentation purposes

•••

Good day,

I have an housing connect open request for a subsidy voucher in order for me to be found eligible.

Will there be any assistance with me submitting documents via email to receive a voucher for permanent housing?

Kind regards

•••

U

Unified Court System Corres... Jul 25

This acknowledges receipt of your email by the Unified...

L

Leanna Castillo Jul 25

to me, Kiana, Marcia, Ucs-corr...

Good day,

What is the best time for you to meet with the housing team ?

•••

--

meeting for documents that you've accepted in the past.

I've believe it was stated the facility follows the "DHS CODE OF CONDUCT" as a client with the right to submit and receive documents via email. Again in "GOOD FAITH" I am asking.

Kind regards

•••

Unified Court System Corres... Jul 25

This acknowledges receipt of your email by the Unified...

Kiana Hayden Jul 25

to me, Leanna, Ucs-correspon...

Good Morning,

I hope all is well.

Also, please see below the current qualifications to become eligible for CityFHEPS shopping letter. If any of the following apply to you, please include supporting documents :

- Aged 60 or more
- On Disability Track (We Care/HRA status)
- Employed working 10 hours or more
    1. Submit the last four paystubs(if paid weekly)
    2. Last two paystubs (if paid bi-weekly)
    3. Employment Letter dated within last 30 days
- Linked to Housing Connect Lottery Apartment
    1. Provide a screenshot or email confirmation showing your selected for lottery apartment.
- Veteran
- Participating in DOC program
- Eligible via ACS list
- SSI/SSD must provide updated award letter every 30 days

Documentation purposes

The Fair Housing Act, 42 U.S.C. 3601 "GOOD FAITH"

The client is not only asking for "city fheps voucher" but "other vouchers" to benefit the client that's available.

Documentation that will be provided will be pay stubs & job employment letter.



license/ NYS ID card, along with SSN CARD provided on numerous occasions in the client case file.

"As for any loss of vital information"

## 1. Data breach notification laws

- These laws are primarily state-level, with all 50 states having enacted legislation requiring organizations and government agencies to disclose security breaches involving personally identifiable information (PII) to affected individuals.

- Some states also require notifying the Attorney General, industry regulators, or federal agencies like the FTC or HHS.

- While a comprehensive federal law doesn't currently exist, attempts have been made to establish a national standard, such as the proposed Personal Data Notification & Protection Act (PDNPA).

## 2. Privacy Act of 1974

- The Privacy Act of 1974 safeguards records about individuals maintained by federal agencies that are retrieved by personal identifiers like names or social

A voucher program specifically for families with children who are at risk of eviction or have lost their housing due to domestic violence, safety, or health issues.

**Section 8/Housing Choice Voucher Program:**

A federal program, administered by state and local agencies, that provides rent assistance to low-income families to rent privately owned housing.

**Emergency Housing Voucher (EHV) Program:**

Provides vouchers, often through the American Rescue Plan, to assist individuals and families in obtaining housing.

**Living in Communities (LINC):**

A program to help individuals and families move from shelters to permanent housing.

**Family Homelessness and Eviction Prevention Supplement (FHEPS):**

Helps families on public assistance with at least one

SelectedPayStatements_202507...
PDF

SelectedPayStatements_202507...
PDF

I9_5212521_Receipt.pdf
PDF

U
Unified Court System Corres... Jul 25
This acknowledges receipt of your email by the Unified...

K
Kiana Hayden Jul 25
to me, Ucs-correspondence, L...

Receive, thank you.

An inquiry will be submitted based on the recent paystubs you provided, along with proof of your selection through Housing Connect lottery.

Please ensure that the paystubs are uploaded into HRA Access, as that is a DHS requirement for the CityFHEPS shopping letter to be generated. Once I receive the

me Jul 25

to Kiana, Leanna, Marcia, Ucs-...

"Documentation purposes"

Thank you for your time & cooperation.

Kind regards

•••

HOME/LIFE SERVICES, INC.

IMPACTING COMMUNITIES ONE FAMILY AT A TIME



Unified Court System Corres... Jul 25

This acknowledges receipt of your email by the Unified...

Kiana Hayden Jul 25

to me, Leanna, Marcia, Ucs-cor...

You're welcome and anytime.

Desretta Clarke Dec 5, 2023

to me

Good afternoon,

I am reaching out to you to attempt to make contact with you with the process of obtaining a CITYFHEPS Voucher. I attempted to call you via: Contact Number in CARES @ [redacted]. I am unsure if this is your correct number or not, but I did leave a voicemail message.

Please provide me the following:

1. updated paystubs. Paystubs must be consecutive. If you get paid bi-weekly I need (2 paystubs). If you get paid weekly, I need (4 paystubs)
2. update employment letter.

The letter must state the following:

1. Start Date

me Dec 6, 2023

to Aaliyah, Atorres, Declarke, c...

From chris M c.mungin23@gmail.com

To Aaliyah Mandley
amandley@queenfamilyresidence.com

Atorres@dhs.nyc.gov

Declarke@dhs.nyc.gov

commissioner_park@dss.nyc.gov

Date Dec 6, 2023 at 11:00 AM



LLF

Family Independence Administration

**SECTION III: WORK ACTIVITY-RELATED SUPPORTIVE SERVICES**

**I am requesting the following supportive services:**

- ☐ Clothing for participants in job search activities who have **exceptional** circumstances, such as homelessness or a recent fire and lack of appropriate clothing
- ☐ Activity/engagement-related licensing, uniform or durable goods fee within approved limits, upon submission of documentation certifying the need for such items
- ☐ Child care allowance within approved limits, if needed
- ☐ Necessary public transportation
- ☐ Other work activity-related supportive services:

Necessary supportive services will be provided when you begin a work activity. If your needs change or if you are not receiving a needed service, you should apply for an additional allowance.

**SECTION IV: ADD PERSON TO CASE**

40000r028C22... PDF | 40000r02D7D0... PDF | 40000r0259B4... PDF

me Dec 6, 2023

to Atorres, Declarke, commissi...

Christopher Mungin
Case Number 22337061
12/30/1994

Documents as requested below

---------- Forwarded message ---------
From: **chris M** <c.mungin23@gmail.com>
Date: Wed, Dec 6, 2023 at 11:00 AM
Subject: 4 weeks pay stubs and 137 signed 12/6/23
To: Aaliyah Mandley <amandley@queenfamilyresidence.com>, <Atorres@dhs.nyc.gov>, <Declarke@dhs.nyc.gov>, <commissioner_park@dss.nyc.gov>



PDF PDF PDF

D

Desretta Clarke Dec 6, 2023

to me, Aaliyah, Arielle, Commis...

| | |
|---|---|
| From | Desretta Clarke declarke@dhs.nyc.gov |
| To | chris M c.mungin23@gmail.com |
| | Aaliyah Mandley amandley@queenfamilyresidence.com |
| | Torres, Arielle ATorres@dhs.nyc.gov |
| | Commissioner Park Commissioner_Park@dss.nyc.gov |
| Date | Dec 6, 2023 at 11:23 AM |
| | Standard encryption (TLS) Learn more |

Good morning,

Please be advised that I received all the documents you submitted.


*Desretta Clarke, MS*
*Case Worker / Re-Housing Coordinator*

Good morning,

Are you able to obtain an updated employment letter?

*Desretta Clarke, MS*
*Case Worker / Re-Housing Coordinator*
*Pronouns: She, Her, Hers*
*Rehousing Supportive Division/TSPC*
*33 Beaver Street, 14th Floor, NY, NY, 10004*
*declarke@dhs.nyc.gov/ NYC.GOV/DHS*

NYC Department of Homeless Services
Department of Social Services

---

**From:** chris M <c.mungin23@gmail.com>
**Sent:** Wednesday, December 6, 2023 11:10 AM
**To:** Torres, Arielle <ATorres@dhs.nyc.gov>; Desretta Clarke <declarke@dhs.nyc.gov>; Commissioner Park

to Desretta

That will be sent today, once my HR email it to me as requested today.

...

Desretta Clarke Dec 6, 2023

to me

Good morning,

Thank you for the update.

*Desretta Clarke, MS*
*Case Worker / Re-Housing Coordinator*
*Pronouns: She, Her, Hers*
*Rehousing Supportive Division/TSPC*
*33 Beaver Street, 14th Floor, NY, NY, 10004*
*declarke@dhs.nyc.gov/ NYC.GOV/DHS*

Department of
Homeless Services
Department of
Social Services

As requested employment letter attached at the bottom, thank you for your time and patience.

...

Christopher Mungin Employ...

PDF

Desretta Clarke Dec 6, 2023

to me, Commissioner

Received, thank you.


*Desretta Clarke, MS*

*Case Worker / Re-Housing Coordinator*

*Pronouns: She, Her, Hers*

*Rehousing Supportive Division/FSPC*

*33 Beaver Street, 14th Floor, NY, NY, 10004*

*declarke@dhs.nyc.gov/NYC.GOV/DHS*

Good Day Mr. Mungin!

Please see the copy of your CityFHEPS Shopping letter attached, If you would like a hard copy I am more than happy to print it for you.
If you have any questions please feel free to reach out.
Your housing process has officially begun, I will do my best to assist you, the best I can.

Please confirm receipt.

Thank you

HOME/LIFE SERVICES, INC.
IMPACTING COMMUNITIES ONE FAMILY AT A TIME

Aaliyah Mandley (she/her/hers) |

***Housing Specialist***

Queen Family Residence

address: 7300 Queens Blvd, Woodside NY 11377

Cell: 1 (929)-585-9421

Phone: 1 (929)-551-0095 ext. 5131

email: amandley@queenfamilyresidence.com

Good day,

Hello Mr. Mungin,

HPD (Housing Preservation & Development / Housing Connect) has selected you for a development. If you are interested please schedule a time with me **BEFORE END OF BUSINESS DAY FRIDAY** to submit your documentation. They are requesting the following information:

Ensure to submit the following:

1. Signed ROI by all adults
2. Picture IDs for all adult household members 18 years of age and older
3. Social Security Cards for all adult household members
4. Birth certificates for all children under the age of 18
5. Copy of non-expired CityFHEPS Voucher
6. Shelter residency letter

This unit is Non-Tax Credit /Tax Credit and the affordable housing documents are not required. The client still needs to provide the signed ROI and photo ID(s) for everyone in the household 18 years or older.

Clients also need to provide birth certificates for minors.

*Clients should be eligible for the CityFHEPS Augmented rental subsidy.

| DHS Client | Facility Type HOME | CARESID | First Name | Last Name | Facility | Subsidy_Type | Unit type | Project | Vacancy Address | Unit_Size | ROI Needed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DHS Client | FWC | 260394 | CHRISTOPHER | MUNGIN | QUEEN FAMILY RESIDENCE | CF Augmented | New Construction | 139 Frost Street | 139 Frost Street Brooklyn, NY | 2 | Yes |

PDF

me Jan 19, 2024
to Jacqueline

7:04 LTE 16

authorization-release-informatio... Done

NYC Department of Housing Preservation & Development

Division of Tenant Resources

| HEAD OF HOUSEHOLD NAME | SOCIAL SECURITY NUMBER (last 4 digits) |
| --- | --- |
| | |

## FORM 1. AUTHORIZATION FOR THE RELEASE OF INFORMATION / PRIVACY ACT NOTICE

**The Head of Household and all family members 18 years of age or older must sign a consent form** according to federal law (42 U.S.C. § 3544) and U.S. Department of Housing and Urban Development (HUD) regulation (24 CFR § 5.230). Failure to sign this consent form may result in denial of household's eligibility and/or termination of household's subsidy.

This consent authorizes HUD and HPD to obtain information directly from third party sources in order to verify the income, the value of assets, expenses related to deductions from income (including medical, pharmaceutical and day care expenses), family composition information, and related information for each household member. HUD and HPD will use the information received for the purposes of determining whether your family is eligible for Rental Subsidy benefits and to ensure that these benefits are set at the correct level.

**EACH HOUSEHOLD MEMBER 18 YEARS OF AGE OR OLDER MUST COMPLETE AND SIGN THIS FORM.**

**In order to complete or verify an application for participation and to maintain continued assistance in the Rental Subsidy program, this consent form authorizes the release of information necessary to permit HUD and HPD to obtain:**

1. Information from SWICAs (State Wage Information Collection Agencies, such as a Labor Department)
2. Salary and wage income information from previous or current employers and unearned income information (such as interest and dividend payments) from banks or other financial institutions
3. Information such as but not limited to:
   - Income from public or private pension funds, unemployment compensation, worker's compensation income, disability payments, military pay, alimony, child support, and private contributions; information related to school attendance verification and the receipt of financial grants from entities, credit agencies, or government agencies, including but not limited to the:
   - NYC Human Resources Administration, NYC Office of Payroll Administration, NYC Department of Finance, NYC Department of Health and Mental Hygiene, NYC Clerk's Office, NYS Department of Motor Vehicles, Courts and NYS Office of Court Administration, NYS Department of Labor, and U.S. Department of Veterans Affairs

---------- Forwarded message ---------
From: **chris M** <c.mungin23@gmail.com>
Date: Fri, Jan 19, 2024 at 12:40 PM
Subject: Re: Pls call me to discuss HPD linkage-Christopher Mungin-139 Frost Street Brooklyn, NY
To: Jacqueline Taveras <JATAVERAS@dhs.nyc.gov>

7:04 LTE 16

authorization-release-informatio... Done

NYC
Department of
Housing Preservation
& Development

Division of Tenant Resources

| HEAD OF HOUSEHOLD NAME | SOCIAL SECURITY NUMBER (last 4 digits) |
|---|---|
| | |

## FORM 1. AUTHORIZATION FOR THE RELEASE OF INFORMATION / PRIVACY ACT NOTICE

**The Head of Household and all family members 18 years of age or older must sign a consent form** according to federal law (42 U.S.C. § 3544) and U.S. Department of Housing and Urban Development (HUD) regulation (24 CFR § 5.230). Failure to sign this consent form may result in denial of household's eligibility and/or termination of household's subsidy.

This consent authorizes HUD and HPD to obtain information directly from third party sources in order to verify the income, the value of assets, expenses related to deductions from income (including medical, pharmaceutical and day care expenses), family composition information, and related information for each household member. HUD and HPD will use the information received for the purposes of determining whether your family is eligible for Rental Subsidy benefits and to ensure that these benefits are set at the correct level.

**EACH HOUSEHOLD MEMBER 18 YEARS OF AGE OR OLDER MUST COMPLETE AND SIGN THIS FORM.**

**In order to complete or verify an application for participation and to maintain continued assistance in the Rental Subsidy program, this consent form authorizes the release of information necessary to permit HUD and HPD to obtain:**

1. Information from SWICAs (State Wage Information Collection Agencies, such as a Labor Department)
2. Salary and wage income information from previous or current employers and unearned income information (such as interest and dividend payments) from banks or other financial institutions
3. Information such as but not limited to:
    - Income from public or private pension funds, unemployment compensation, worker's compensation income, disability payments, military pay, alimony, child support, and private contributions, information related to school attendance verification and the receipt of financial grants from entities, credit agencies, or government agencies, including but not limited to the
    - NYC Human Resources Administration, NYC Office of Payroll Administration, NYC Department of Finance, NYC Department of Health and Mental Hygiene, NYC Clerk's Office, NYS Department of Motor Vehicles, Courts and NYS Office of Court Administration, NYS Department of Labor, and U.S. Department of Veterans Affairs
4. Information from the Social Security Administration (SSA) for the purpose of verifying Social Security numbers and income information
5. Tax return information from the Internal Revenue Service (IRS)

**The authorization to release information specified by this consent form expires 15 months after the date that the form is signed. Photocopies of this consent form shall be as valid as the original.**

**CONSENT:** I consent to allow HUD and HPD to request and to obtain income information from the sources listed on this form for the purpose of verifying my eligibility and determining my level of benefits under HUD's assisted housing programs. I understand that HPD will not use information obtained by this consent to deny, reduce, or terminate assistance without first independently verifying the accuracy of this information. In addition, I must be given an opportunity to contest those determinations.

| PRINT NAMES OF ALL FAMILY MEMBERS AGE 18 OR OLDER | DATE OF BIRTH | SOCIAL SECURITY NUMBER | SIGNATURE | DATE |
|---|---|---|---|---|

From chris M c.mungin23@gmail.com

To Jacqueline Taveras JATAVERAS@dhs.nyc.gov


Date Jan 19, 2024 at 8:03 PM

NYC Department of Housing Preservation & Development

Division of Tenant Resources

| HEAD OF HOUSEHOLD NAME | SOCIAL SECURITY NUMBER (last 4 digits) |
|---|---|
| Christopher Mungin | 9434 |

## FORM 1. AUTHORIZATION FOR THE RELEASE OF INFORMATION / PRIVACY ACT NOTICE

**The Head of Household and all family members 18 years of age or older must sign a consent form** according to federal law (42 U.S.C. § 3544) and U.S. Department of Housing and Urban Development (HUD) regulation (24 CFR § 5.230). Failure to sign this consent form may result in denial of household's eligibility and/or termination of household's subsidy.

This consent authorizes HUD and HPD to obtain information directly from third party sources in order to verify the income, the value of assets, expenses related to deductions from income (including medical, pharmaceutical and day care expenses), family composition information, and related information for each household member. HUD and HPD will use the information received for the purposes of determining whether your family is eligible for Rental Subsidy benefits and to ensure that those benefits are set at the correct level.

**EACH HOUSEHOLD MEMBER 18 YEARS OF AGE OR OLDER MUST COMPLETE AND SIGN THIS FORM.**

**In order to complete or verify an application for participation and to maintain continued assistance in the Rental Subsidy program, this consent form authorizes the release of information necessary to permit HUD and HPD to obtain:**

1. Information from SWICAs (State Wage Information Collection Agencies, such as a Labor Department)
2. Salary and wage income information from previous or current employers and unearned income information (such as interest and dividend payments) from banks or other financial institutions
3. Information such as but not limited to:
    - Income from public or private pension funds, unemployment compensation, worker's compensation income, disability payments, military pay, alimony, child support, and private contributions; information related to school attendance verification and the receipt of financial grants from entities, credit agencies, or government agencies, including but not limited to the:
    - NYC Human Resources Administration, NYC Office of Payroll Administration, NYC Department of Finance, NYC Department of Health and Mental Hygiene, NYC Clerk's Office, NYS Department of Motor Vehicles, Courts and NYS Office of Court Administration, NYS Department of Labor, and U.S. Department of Veterans Affairs
4. Information from the Social Security Administration (SSA) for the purpose of verifying Social Security numbers and income information
5. Tax return information from the Internal Revenue Service (IRS)

**The authorization to release information specified by this consent form expires 15 months after the date that the form is signed. Photocopies of this consent form shall be as valid as the original.**

**CONSENT:** I consent to allow HUD and HPD to request and to obtain income information from the sources listed on this form for the purpose of verifying my eligibility and determining my level of benefits under HUD's assisted housing programs. I understand that HPD will not use information obtained by this consent to deny, reduce, or terminate assistance without first independently verifying the accuracy of this information. In addition, I must be given an opportunity to contest those determinations.

| PRINT NAMES OF ALL FAMILY MEMBERS AGE 18 OR OLDER | DATE OF BIRTH | SOCIAL SECURITY NUMBER | SIGNATURE | DATE |
|---|---|---|---|---|
| Christopher Mungin | 12/30/94 | [redacted] | C Mungin vcc1-308 | 01/19/24 |
| Anastasia Baum | 08/28/86 | [redacted] | [signature] vcc1-308 | 01/19/24 |
| | | | | |
| | | | | |

PRIVACY ACT NOTICE: Authority: HUD is authorized to collect this information by the U.S. Housing Act of 1937 (42 U.S.C. 1437 et. seq.), Title VI of the Civil Rights Act

# NYC IDENTIFICATION CARD

ID NUMBER
[redacted]

NAME
BAUM
ANASTASIA





DATE OF BIRTH
[redacted]

EXPIRATION DATE
[redacted]

EYE COLOR
BLUE

HEIGHT
5'-04"

GENDER
F

ADDRESS
7300 QUEENS BLVD
RM 256
WOODSIDE, NY 11377




•••

J

Jacqueline Tav... Jan 22, 2024

to me

From chris M c.mungin23@gmail.com

To nplawrence@dhs.nyc.gov

Date Apr 17, 2024 at 12:33 PM

•••







C

me Apr 18, 2024

to nplawrence

Can you please email me your work phone number and office address please, attached with name and badge number.

Thank you,
Kind regards

•••

C

me Apr 18, 2024

Good afternoon Mr.Mungin

Thank you for your time yesterday to discuss your exit strategy from Queen Family shelter. As per our conversation, I will follow up on the HPD ROI document that was provided by Ms. Taveras, once a response is received I will reach out to you.

I will also follow up with our team in providing you with a possible CITYFHEPS shopping letter based on the self-employed income status. As agreed we prefer to have your wife added to the letter; and as you mentioned her case is in process. Once she's on the PA case the shopping letter will be higher and it will be a better opportunity for the family towards rentals .

Thank you again for your cooperation. As you requested my information ,please see below. I have cc my superior Mr. Parmjit Singh on this email for his awareness to our meeting.

Have I received any voucher from City Fheps as of yet?



Jeffrey Laurent Mar 29, 2023

to me, Underwood

Good afternoon,

I have reached out to Fam Inquiry team for the second time to inquire about your request no reply. I will continue to monitor the case for an outcome.

Best

...

C

me Mar 29, 2023

to Jeffrey, Underwood

Thank you for your assistance.

...

C

me Apr 19, 2023

to Jeffrey

me Mar 16, 2023

to jlaurent

My apologies on late notice

404ooo0057000
10000r02DEFA...
PDF



Jeffrey Laurent Mar 16, 2023

to me

Thank you but they have not requested it yet so there i have it just in case

On Thu, Mar 16, 2023 at 2:09 PM Chris Mungin <munginchris635@gmail.com> wrote:

> My apologies on late notice

me Mar 16, 2023

to Jeffrey

Great, thanks!

...

Good Day,

Please see updates below listed in the Finding portion.
I have also attached the voucher that was generated in CARES. No changes have been made, meaning the voucher they have provided is valid and accurate.

Thank you

HOME/LIFE SERVICES, INC.
IMPACTING COMMUNITIES ONE FAMILY AT A TIME

Aaliyah Mandley (she/her/hers) |

***Housing Specialist***

Queen Family Residence

address: 7300 Queens Blvd, Woodside NY 11377

Cell: 1 (929)-585-9421

Phone: 1 (929)-551-0095 ext. 5131

email: amandley@queenfamilyresidence.com

# Inquiry Complaint Response

## Client Detail

| | |
|---|---|
| **Caller's Last Name:** | Madley |
| **Caller's First Name:** | A. |
| **Facility Code:** | FQ32 |
| **Facility Name:** | Queen Family Residence |
| **Client's Last Name:** | Mungin |
| **Client's First Name:** | Christophe |
| **CARES Case Number:** | 22337061 |
| **Center:** | |

## Inquiry Response

| | |
|---|---|
| **OCR Worker:** | DLHALL |
| **Item number:** | 018330-2023 |
| **Received Date:** | 12/6/2023 |
| **Response Date:** | 12/6/2023 |
| **Complaint:** | CITYFHEPS SHOPPING LETTER Program. |

Please send me these paystubs for 11/10, 11/17,

From chris M c.mungin23@gmail.com

To Aaliyah Mandley amandley@queenfamilyresidence.com

Desretta Clarke Declarke@dhs.nyc.gov

commissioner_park@dss.nyc.gov

Date Dec 11, 2023 at 1:38 PM

My spouse has not been added to the budget, the budget only consists of Myself and my daughter "Kiara Mungin" as explained to the commissioner office.

•••

C

me Dec 11, 2023

to Aaliyah, Desretta, commissio...

AALIYAH MANDLEY did not reflect on the 137-A of adding my spouse to the budget as it reflects 3 people in the household. AALIYAH MANDLEY told me to sign 137-A and will correspond for as adding my spouse being that we all came into a DHS SHELTER as a family. Ms. Mandley also failed as a case manager as well as MAXWELL. Instead creating false accusations against myself and

I just got off the phone with DSS about my city Fheps voucher. I was expressed that it does not exist at all in the system. Leanna Castillo (Director social services) Milca Diaz (Housing specialist) Aaliyah Mandley (housing specialist). Were present when I given my pay stubs to receive the voucher. Aaliyah Mandley sent me an email of the city Fheps voucher and Aaliyah Mandley had me email Desretta Clarke of DHS pay stubs as well and both sent same documents of a voucher that can not be validated in the system as I was expressed.

...

D

Desretta Clarke Feb 7, 2024

to me, Aaliyah, Leanna, Marcia,...

Good afternoon,

Please be advised that Mr. Christopher Mungins does have a CITYFHEPS Voucher in CARES. Please see the above attached voucher. Please see voucher that generated on 1/17/24. I have also attached the previous voucher that was generated in December 2023.

# EXHIBIT B

Human Resources Administration
Department of Homeless Services
Department of Social Services

Client Name: Christopher Mungin
Date: 12/06/2023
Letter Number: M891162

**Expiration Date: 04/04/2024**

## Rental Assistance Supplement: Potential Eligibility Letter

Christopher Mungin may be eligible to rent an apartment with 1 bedroom(s) for up to $2,387.00 per month with CityFHEPS. CityFHEPS may pay less if the rent is lower, there are fewer bedrooms, or if utility costs are not included in the rent amount. Please see the table on page 3 and below for more information on how this amount may change based on the number of bedrooms and utilities.

The family must find a qualifying apartment and receive final approval to receive the rental assistance supplement.

**UTILITIES**: Maximum rents vary based on the number of bedrooms and whether all or some utilities are included. Make sure you know which utilities, if any, are included in the rent. The maximum rent listed above assumes that all utilities are included in the rent. If utilities are not included, the CityFHEPS amount will be lower. The table on page **3** shows the different amounts based on the number of bedrooms and whether all or some utilities are included.

**NOTE TO POTENTIAL TENANT**: DSS will pay the standard based on the actual rental, not the amount on this shopping letter. For example, if your shopping letter says you can rent an apartment with 3 bedrooms for $3,385, but you rent an apartment with 2 bedrooms, DSS will only pay up to the standard for a 2-bedroom apartment which is $2,696. Also, if you have a shopping letter for a 1 bedroom and you find a 2 bedroom within the amount you were approved for, you may still rent the 2 bedroom. If you have questions about a particular unit you are viewing or any special circumstances you may encounter, ask your case manager to escalate the unit for review. **Never move into an apartment without getting a final approval from DSS letting you know that we will pay for it.**

**NOTE TO POTENTIAL TENANTS MOVING OUTSIDE OF NEW YORK CITY**: The rent and utility amounts provided on this letter are only valid if you move within the five (5) boroughs of New York City. If you are considering moving outside of New York City, but within New York State, please go to the DSS CityFHEPS website to find the statewide amounts at https://www1.nyc.gov/site/hra/help/cityfheps-documents.page.

**NOTE TO POTENTIAL TENANT AND LANDLORD**: Similar to Section 8, all rents must pass a rent reasonableness test, meaning the rent charged may not exceed other rents that are charged for comparable units in the neighborhood. The rent reasonableness test is only done after all paperwork is submitted to DSS. Additional information on rent reasonableness can be found on the DSS CityFHEPS website at https://www1.nyc.gov/site/hra/help/cityfheps-documents.page.

(Turn Page)

## ADDITIONAL CITYFHEPS INFORMATION

Landlords will receive the full first month's rent and the next three (3) months of the rental assistance supplement when the family is approved.

Landlords may also be eligible for a number of additional incentives. For more information on landlord incentives, visit www.nyc.gov/dsshousing.

Licensed brokers may receive a fee of up to 15% of the annual rent. The enhanced broker's fee will be offered for as long as funding remains available. Visit www.nyc.gov/dsshousing to see if this enhanced fee is still available.

**Refusal to accept CityFHEPS may constitute source of income discrimination under the NYC Human Rights Law Sec. 8-107(5)(a)(1)-(2) and/or (c)(1)-(3) or NYS Human Rights Law.**

See **below** for required documents and further information.

| **Landlords must give the family the following completed documents:** |
|---|
| 1. Signed lease or written agreement to rent the apartment to the family for at least one year (utilities tenant is responsible for must match Landlord Utility Form).<br>2. Completed Landlord Utility Information (**DSS-8q**) form.<br>3. Request for security voucher **(W-147N).**<br>4. Landlord's **W-9** (needed to receive all payments).<br>5. Unit Hold Incentive Voucher (**HRA-145**), if requested.<br>6. Landlord Information Form **(DSS-8f).**<br>7. Proof of ownership. |
| **Brokers who request a broker's fee must also give the family these completed documents:** |
| 1. Broker's Request for Enhanced Fee Payment by Check **(HRA-121)** (broker name should be the name of the brokerage company not the name of the individual broker)<br>2. Copy of the broker's current license |

Please visit www.nyc.gov/dsshousing to download our forms mentioned in the tables above and for more information about CityFHEPS.

If you have any questions, please contact ______________________________
(Contact name and number)

**(Turn Page)**

# DSS CITYFHEPS PAYMENT STANDARDS EFFECTIVE 01/01/2023

## Maximum Rent Amounts

| Family Size | Unit Size | All Utilities Included | Without Cooking Gas & Electric | With Cooking Gas Only | With Electric Only | No Utilities Included |
|---|---|---|---|---|---|---|
| 1 | SRO | $1,751 | $1,652 | $1,676 | $1,727 | $1,574 |
| 1 | 0 (Studio) | $2,335 | $2,236 | $2,260 | $2,311 | $2,158 |
| 1 or 2 | 1 | $2,387 | $2,275 | $2,302 | $2,360 | $2,184 |
| 3 or 4 | 2 | $2,696 | $2,555 | $2,586 | $2,665 | $2,443 |
| 5 or 6 | 3 | $3,385 | $3,214 | $3,249 | $3,350 | $3,084 |
| 7 or 8 | 4 | $3,647 | $3,446 | $3,485 | $3,608 | $3,296 |
| 9 or 10 | 5 | $4,194 | $3,963 | $4,006 | $4,151 | $3,794 |
| 11 or 12 | 6 | $4,741 | $4,510 | $4,553 | $4,698 | $4,341 |
| 13 or 14 | 7 | $5,288 | $5,057 | $5,100 | $5,245 | $4,888 |
| 15 or 16 | 8 | $5,835 | $5,604 | $5,647 | $5,792 | $5,435 |
| 17 or 18 | 9 | $6,383 | $6,152 | $6,195 | $6,340 | $5,983 |
| 19 or 20 | 10 | $6,930 | $6,699 | $6,742 | $6,887 | $6,530 |

The amounts in the chart above are only valid for tenants who move within New York City. For tenants who are moving outside of New York City, but within New York State, please go to the DSS CityFHEPS website to find the statewide amounts at https://www1.nyc.gov/site/hra/help/cityfheps-documents.page.

CityFHEPS is similar to the federal Section 8 program in that, subject to the availability of funding, it provides assistance, including rental assistance of specified amounts, to landlords and tenants who want to form a landlord–tenant relationship. Any contractual relationship will be solely between each tenant participating in the program and each tenant's landlord participating in the program.

Human Resources Administration
Department of Homeless Services
Department of Social Services



Date: **12/06/2023**
Case Number: **22337061**
Case Name: **Christopher Mungin**

# Your Household Share

This letter contains public information for you. You do not need to show this letter to any landlord or broker.

You may get rental assistance from CityFHEPS for the following reason(s):

- **Your household has earned income and works at least 10 hours per week.**

**Note:** Letters received in shelter can only be used for moves out of shelter and letters received in the community can only be used for moves from the community.

Your potential **household share** is $1,011.49 per month. The "household share" is the portion of your rent you would pay to your landlord each month. You can look for an apartment with a rent up to $2,387.00 per month.

**Note to Potential Tenants Moving Outside of New York City:** The rent, Cash Assistance (CA), and utility amounts provided on this letter are only valid if you move within the five (5) boroughs of New York City. If you are considering moving outside the five boroughs of New York City, but within New York State, please go to the DSS CityFHEPS website to find the statewide amounts at https://www1.nyc.gov/site/hra/help/cityfheps-documents.page.

**Utilities:** The maximum rent includes all utilities. If certain utilities are not included, a utility allowance must be deducted using the chart provided. The deduction is based on the number of bedrooms on this shopping letter rather than the number of bedrooms in the apartment. See **page 3** for the current payment standards.

The amounts above are based on your current household size and total income. The amount you would pay may change if you have a change in your household or income before you receive final approval for CityFHEPS. We used the information listed on **page 2** to decide the monthly amount your household would pay to the landlord.

(Turn Page)

## Important Reminders

- Side deals with Landlords are prohibited.
- The HRA security voucher is considered payment of security. Landlords and brokers should not ask you to pay any additional monies for security.

Tell us if your landlord or broker states they do not accept housing programs or security vouchers, or asks you for a side deal. Call the DSS Source of Income Discrimination Unit at **718-557-1399**.

**Note to Tenant:** Any references to Cash Assistance (CA) on this notice only applies if you are moving within the five (5) boroughs of New York City. Outside of New York City, this type of assistance may be called Public Assistance or Temporary Assistance.

### Household Information

| | |
|---|---|
| 1. Number of Individuals in Household Receiving Cash Assistance (CA): | **2** |
| 2. Number of Individuals in Household Not Receiving CA: | **1** |
| 3. Total Income for Individuals Receiving CA: | **$3,371.64** |
| 4. Total Income for Individuals Not Receiving CA: | **$0.00** |
| 5. * CA Shelter Allowance (amount **HRA** would pay to the Landlord): | **$0.00** |
| 6. CityFHEPS Rent Supplement (amount **HRA** would pay to the Landlord): | **$1,375.51** |
| 7. Household Share (amount **you** would pay to the landlord): | **$1,011.49** |

HRA will only pay the CA Shelter Allowance if you are moving within New York City. If you are moving outside of New York City, but within New York State, the local district of social services will pay this amount.

We used the below income from your household members to find out what your household share is:

| Name of Household Member | Type of Income | Monthly Amount |
|---|---|---|
| Christopher Mungin | Salary, Wages | $3,371.64 |
| Anastasia Baum | N/A | N/A |
| Kiara Mungin | N/A | N/A |

TOTAL INCOME FOR ALL HOUSEHOLD MEMBERS: $3,371.64

If you have any questions about your potential household share, please speak to your case manager.

**(Turn Page)**

## DSS CITYFHEPS PAYMENT STANDARDS EFFECTIVE 01/01/2023

| Family Size | Unit Size | All Utilities Included | Without Cooking Gas & Electric | With Cooking Gas Only | With Electric Only | No Utilities Included |
|---|---|---|---|---|---|---|
| 1 | SRO | $1,751 | $1,652 | $1,676 | $1,727 | $1,574 |
| 1 | 0 (Studio) | $2,335 | $2,236 | $2,260 | $2,311 | $2,158 |
| 1 or 2 | 1 | $2,387 | $2,275 | $2,302 | $2,360 | $2,184 |
| 3 or 4 | 2 | $2,696 | $2,555 | $2,586 | $2,665 | $2,443 |
| 5 or 6 | 3 | $3,385 | $3,214 | $3,249 | $3,350 | $3,084 |
| 7 or 8 | 4 | $3,647 | $3,446 | $3,485 | $3,608 | $3,296 |
| 9 or 10 | 5 | $4,194 | $3,963 | $4,006 | $4,151 | $3,794 |
| 11 or 12 | 6 | $4,741 | $4,510 | $4,553 | $4,698 | $4,341 |
| 13 or 14 | 7 | $5,288 | $5,057 | $5,100 | $5,245 | $4,888 |
| 15 or 16 | 8 | $5,835 | $5,604 | $5,647 | $5,792 | $5,435 |
| 17 or 18 | 9 | $6,383 | $6,152 | $6,195 | $6,340 | $5,983 |
| 19 or 20 | 10 | $6,930 | $6,699 | $6,742 | $6,887 | $6,530 |

The amounts in the chart above are only valid if you move within New York City. If you are considering moving outside of New York City, but within New York State, please go to the DSS CityFHEPS website to find the statewide amounts at https://www1.nyc.gov/site/hra/help/cityfheps-documents.page.

CityFHEPS is similar to the federal Section 8 program in that, subject to the availability of funding, it provides assistance, including rental assistance of specified amounts, to landlords and tenants who want to form a landlord–tenant relationship. Any contractual relationship will be solely between each tenant participating in the program and each tenant's landlord participating in the program.

**Do you have a medical or mental health condition or disability?** Does this condition make it hard for you to understand this notice or to do what this notice is asking? Does this condition make it hard for you to get other services at HRA? **We can help you.** Call us at 718-557-1399. You can also ask for help when you visit an HRA office. You have a right to ask for this kind of help under the law.

NYC Commission on Human Rights

April 2021

# LAWFUL SOURCE OF INCOME PROTECTIONS UNDER THE NYC HUMAN RIGHTS LAW

## Your Housing Voucher Should Always Be Accepted Towards Rent and Security Deposits

The NYC Commission on Human Rights protects you from lawful source of income discrimination in housing, which means **brokers and landlords cannot discriminate against you because of your housing voucher**. These protections apply to any federal, state, or local public or housing assistance for the payment of rent, such as CityFHEPS, Section 8, Supplemental Security Income (SSI), HIV/AIDS Services Administration (HASA), FHEPS, and Veterans' GI Bill, among others. Security vouchers and one-time emergency grants ("one shot deals") that help cover rent or broker fees are also protected.

## Know Your Rights as a CityFHEPS Program Participant:

1. **Nearly all rentals in NYC, including apartments in co-op and condo buildings, are required to accept your housing voucher.** You are protected under the NYC Human Rights Law and the state law prohibiting source of income discrimination.[1]
2. **Brokers, landlords and housing agents must not discourage you from applying for an apartment because you plan to use CityFHEPS for your rent or security deposit.** Even if a broker or agent claims they are simply enforcing a landlord's policy, it violates the law.
3. **"No Vouchers Accepted," "No Programs," or similar ads indicating a refusal to accept rental assistance are unlawful.**
4. **Brokers, landlords and housing agents must not request additional payments for rent, a security deposit, or a broker's fee because you receive rental assistance.** If you are asked to pay upfront fees, a deposit of more than $20.00, or extra rent under the table because you have a housing voucher, it may be evidence of discrimination under the NYC Human Rights Law.
5. **Your landlord cannot refuse or delay making repairs to your home because you pay rent with a form of public or housing assistance.** Your landlord must make the repairs necessary to pass inspection for your program.
6. **You have the right to be free from harassing, discriminatory, or threatening behavior or comments based on having received or applied for CityFHEPS or another form of housing assistance.**

## What does lawful source of income discrimination look like?

- A broker or landlord refuses to accept your voucher for rent payment.
- A broker or landlord stops communicating with you because you have a voucher.
- A broker or landlord says, "We accept everything except CityFHEPS."
- You are told that there is a "waitlist" for people with vouchers or programs.
- A broker or landlord says you don't meet a minimum income requirement, even though the rent falls within the voucher payment standard.
- A broker or landlord says that you can rent an apartment with a voucher, but only if you agree to pay six months of rent upfront.

---

[1] There are exceptions for (i) the rental of a room in a unit that is not publicly assisted and is shared with the owner or a member of the owner's family, and (ii) the rental of a unit in a two-family building that is not publicly assisted, if one unit is occupied by the owner or a member of the owner's family and the rental unit has not been publicly advertised. You do not need to know all of this information. If you aren't sure if a building is covered, contact the Commission to ask!

- A broker or landlord says they require a minimum credit score for you to qualify, even though your voucher would cover 100% of the rent.
- For tenants in housing: Your landlord says that they do not take CityFHEPS or any other voucher for your unit and tells you to move.

### What help can the NYC Commission on Human Rights provide?

If you have experienced discrimination, the Commission may require that the agent, broker, or landlord do one or more of the following:

- Rent you the apartment or a similar apartment.
- Pay you damages for your out-of-pocket expenses and emotional suffering.
- Pay your attorney's fees, if you have a lawyer represent you in your case at the Commission.
- Pay the City of New York a civil penalty of up to $250,000 per willful violation.

The Commission may also continue to monitor the agent or landlord's activity and/or report licensed brokers & salespeople who violate the law to the New York State Licensing Division.

### What steps can I take to help my discrimination case?

It can be helpful to keep certain records, in case you experience housing discrimination.

- If responding to an ad, take a photo or screenshot of the ad immediately.
- Save all your text messages and e-mails in a safe place (not just on your phone).
- When possible, record your phone calls and conversations. (While this is permissible in New York, other states have different laws. Always consult with a lawyer if you have questions.)
- If you're denied housing, keep notes about your experience and how the discrimination made you feel. Keep receipts for your expenses.
- Report denials to the Commission immediately, especially if the unit is still available.

### How can I contact the NYC Commission on Human Rights?

To report discrimination based on your lawful source of income, call 311 and ask for "Human Rights" or call the Commission's Infoline at **(212) 416-0197**. For more information and to download Fair Housing materials, visit **NYC.gov/HumanRights**.

### Other government agencies who can help:

NYC Department of Social Services Fair Housing Litigation Unit: Call **(929) 221-6576** or e-mail the Department at **soi@dss.nyc.gov**.

New York State Division of Human Rights: Call the Housing Discrimination Hotline **(844) 862-8703** or email the Division at **info@dhr.ny.gov**.

Office of the State Attorney General, Civil Rights Bureau: Call **(212) 416-8250** or fill out an online complaint form found at **https://ag.ny.gov/bureau/civil-rights**. Completed forms can be mailed to the Bureau, emailed to **Civil.Rights@ag.ny.gov** or faxed to **(212) 416-6030**.

Human Resources Administration
Department of Homeless Services
Department of Social Services

Nombre del cliente: Christopher Mungin

Fecha: 12/06/2023

**Fecha de vencimiento: 04/04/2024**

Número de carta: M891162

## Suplemento de Asistencia de Alquiler:Carta de Posible Elegibilidad

Christopher Mungin podría ser elegible para alquilar un apartamento de 1 habitaciones y de hasta $2,387.00 mensuales, mediante CityFHEPS. Si el precio del alquiler es más bajo, si el departamento tiene menos dormitorios o si los costos de los servicios públicos no están incluidos en el alquiler, es posible que CityFHEPS pague un monto menor. Para saber cómo el monto del suplemento puede variar según el número de dormitorios y servicios públicos, favor de ver el cuadro de la página 3 y la información que aquí sigue.

Para que el suplemento de asistencia de alquiler pueda ser concedido a la familia, esta debe no solo hallar un apartamento que cumpla con los requisitos, sino que además debe recibir la aprobación final.

**SERVICIOS PÚBLICOS:** Los montos máximos de suplemento de alquiler varían según el número de dormitorios y según se incluyan todos o algunos de los servicios públicos. Asegúrese de saber cuáles servicios públicos están incluidos en el monto del alquiler, si es el caso. El monto máximo de alquiler anteriormente indicado presupone que todos los servicios públicos están incluidos en el alquiler. Si los servicios públicos no están incluidos, el monto del suplemento de *CityFHEPS* disminuirá. El cuadro en la página **3** muestra los distintos montos en base al tipo o número de habitaciones y según se incluyan todos o algunos de los servicios públicos.

**AVISO A POSIBLES INQUILINOS:** El *DSS* pagará el monto estándar en función del alquiler real y no en base al monto que figura en esta carta de búsqueda de vivienda. Por ejemplo, si su carta de búsqueda de vivienda dice que puede alquilar un apartamento de 3 dormitorios por $3,385, pero alquila uno de 2 dormitorios, el *DSS* pagará solo el estándar que corresponde a un apartamento de 2 dormitorios, que es $2,696. Por otro lado, si tiene una carta de búsqueda de vivienda para undormitorio, pero encuentra un apartamento de dos dormitorios cuyo alquiler está dentro del nivel aprobado, es posible que pueda alquilar este último. Si tiene preguntas sobre una unidad en particular que le interesa o sobre cualquier circunstancia especial que tenga, consulte con su administrador(a) de casos para que someta la unidad a un nivel superior para su consideración. **Nunca se mude a un apartamento sin haber recibido la aprobación final de *DSS* informándole que pagaremos por el mismo.**

**AVISO A POSIBLES INQUILINOS QUE SE MUDEN FUERA DE LA CIUDAD:** Los montos de alquiler y servicios públicos provistos en esta carta solo serán validos si se muda dentro de los (5) condados de la Ciudad de Nueva York. Si está considerando mudarse fuera de la ciudad, pero dentro de los límites del Estado de Nueva York, infórmese sobre los montos de alquiler que corresponden al estado entrando a la siguiente página web del *DSS CityFHEPS*: https://www1.nyc.gov/site/hra/help/cityfheps-documents.page.

**AVISO A LOS POSIBLES INQUILINOS Y ARRENDADORES:** De modo similar a la Sección 8, todos los alquileres deben pasar la prueba de alquiler a precio razonable, lo que quiere decir que el alquiler cobrado no puede exceder el precio estándar de otras unidades similares en el mismo vecindario. La prueba de alquiler a precio razonable solo se hace luego de que todos los documentos hayan sido presentados al *DSS*. Se puede encontrar más información sobre el alquiler a precio razonable en la siguiente página del sitio web del *DSS CityFHEPS*: https://www1.nyc.gov/site/hra/help/cityfheps-documents.page.

**(Gire la hoja)**

## INFORMACIÓN ADICIONAL SOBRE *CITYFHEPS*

Una vez que la familia sea aprobada, los arrendadores recibirán el primer mes de alquiler completo y además tres (3) meses del suplemento de asistencia de alquiler.

Los arrendadores también podrían ser elegibles para recibir otros incentivos adicionales. Para obtener más información sobre ello, entre a la siguiente página web: www.nyc.gov/dsshousing.

Los agentes inmobiliarios con licencia podrían recibir un porcentaje de comisión de hasta el 15% del alquiler anual. La comisión con incentivo del agente inmobiliario se seguirá ofreciendo mientras haya fondos disponibles. Para saber si dicha comisión aún se ofrece, entre al siguiente sitio web: http://www.nyc.gov/dsshousing.

**El rehusarse a aceptar *CityFHEPS* podría constituir un acto de discriminación en base a la fuente de ingresos, conforme a la Ley de Derechos Humanos de la Ciudad de Nueva York, Sección 8-107(5)(a)(1)-(2) y/o (c)(1)-(3) *[NYC H. R. Law Sec. 8-107(5)(a)(1)-(2) y/o (c)(1)-(3)]*, o conforme a la Ley de Derechos Humanos del Estado de Nueva York.**

Para saber cuáles documentos se requieren y obtener más información, vea **lo siguiente**:

**Los arrendadores deben entregar a la familia estos documentos completados:**

1. Contrato o acuerdo de alquiler por escrito y firmado, para alquilar el apartamento a la familia por al menos un año. (Los servicios públicos que sean responsabilidad del inquilino deben coincidir con los indicados en el formulario de información sobre los servicios públicos del arrendador *[Landlord Utility form])*.
2. Formulario de información sobre los servicios públicos del arrendador *(Landlord Utility Information, **DSS-8q**)*.
3. Petición de depósito de garantía **(W-147N)**.
4. Formulario **W-9** del arrendador (necesario para poder recibir todos los pagos).
5. Vale de incentivo para reservar la unidad (*Unit Hold Incentive Voucher*, **HRA 145**), si se solicita.
6. Formulario de información sobre el arrendador (*Landlord Information Form*) (**DSS-9f**).
7. Comprobante de propiedad.

**Los agentes inmobiliarios que soliciten comisión también deben entregar a la familia estos documentos completados:**

1. Petición del agente inmobiliario para recibir su comisión con incentivo, pagada con cheque (*Broker's Request for Enhanced Fee Payment by Check, **HRA-121***) (El nombre del agente inmobiliario que se indique debe ser el de la compañía inmobiliaria y no el nombre propio del agente inmobiliario).
2. Copia de licencia vigente del agente inmobiliario.

Para descargar los formularios mencionados en estos cuadros o para obtener más información sobre *CityFHEPS*, favor de entrar a la siguiente página web: www.nyc.gov/dsshousing.

Si tiene preguntas, favor de contactar a ______________________________

(Nombre y número de contacto)

**(Gire la hoja)**

# ESTÁNDARES DE PAGO DE *DSS CITYFHEPS* EN VIGOR DESDE 01/01/2023

Montos máximos de alquiler

| Integrantes del hogar | Tipo o número de habitaciones | Todos los servicios públicos incluidos | Sin incluir el gas de cocina y la electricidad | Incluido solo el gas de cocina | Incluida solo la electricidad | Sin incluir los servicios públicos |
|---|---|---|---|---|---|---|
| 1 | Habitación de ocupación individual (*SRO*) | $1,751 | $1,652 | $1,676 | $1,727 | $1,574 |
| 1 | 0 (estudio) | $2,335 | $2,236 | $2,260 | $2,311 | $2,158 |
| 1 o 2 | 1 | $2,387 | $2,275 | $2,302 | $2,360 | $2,184 |
| 3 o 4 | 2 | $2,696 | $2,555 | $2,586 | $2,665 | $2,443 |
| 5 o 6 | 3 | $3,385 | $3,214 | $3,249 | $3,350 | $3,084 |
| 7 o 8 | 4 | $3,647 | $3,446 | $3,485 | $3,608 | $3,296 |
| 9 o 10 | 5 | $4,194 | $3,963 | $4,006 | $4,151 | $3,794 |
| 11 o 12 | 6 | $4,741 | $4,510 | $4,553 | $4,698 | $4,341 |
| 13 o 14 | 7 | $5,288 | $5,057 | $5,100 | $5,245 | $4,888 |
| 15 o 16 | 8 | $5,835 | $5,604 | $5,647 | $5,792 | $5,435 |
| 17 o 18 | 9 | $6,383 | $6,152 | $6,195 | $6,340 | $5,983 |
| 19 o 20 | 10 | $6,930 | $6,699 | $6,742 | $6,887 | $6,530 |

Los montos que figuran en el cuadro anterior solo son válidos para los inquilinos que se muden dentro de los límites de la Ciudad de Nueva York. Aquellos inquilinos que se muden fuera de la ciudad pero dentro del Estado de Nueva York, pueden informarse sobre los montos de alquiler que corresponden al estado entrando a la siguiente página web del *DSS CityFHEPS*: https://www1.nyc.gov/site/hra/help/cityfheps-documents.page.

*CityFHEPS* y el programa Federal de la Sección 8 se asemejan en que ambos, sujetos a la disponibilidad de fondos, proveen asistencia (incluida la asistencia de alquiler de montos determinados), a los arrendadores e inquilinos que deseen establecer una relación mutua. Toda relación contractual se establecerá exclusivamente entre el inquilino y el arrendador que sean participantes del programa.

NYC Human Resources Administration
Department of Homeless Services
Department of Social Services



Fecha: **12/06/2023**

Número del caso: **22337061**

Nombre del caso: **Christopher Mungin**

# La porción que su hogar tiene que pagar

Esta carta contiene información privada para usted. Usted no tiene que mostrarle esta carta a un posible arrendador o agente inmobiliario.

Es posible que reciba la asistencia de alquiler a través de CityFHEPS por la siguiente razón(es):

- **Su hogar ha ganado ingresos y trabaja por lo menos 10 horas por semana.**

**Nota:** Las cartas recibidas por clientes que se alojen en un albergue solo pueden ser usadas para mudarse fuera del albergue. Las cartas recibidas por clientes que se alojen en la comunidad solo pueden ser usadas para mudarse fuera de la comunidad.

Es posible que **la porción de su hogar** sea de $1,011.49 mensuales. La "porción del hogar" es la porción del alquiler que usted le paga al arrendador cada mes. Usted puede buscar un apartamento con un alquiler máximo de $2,387.00 mensuales.

**AVISO A POSIBLES INQUILINOS QUE SE MUDEN FUERA DE LA CIUDAD DE NUEVA YORK:** Los montos de alquiler, de Asistencia en Efectivo (*Cash Assistance, CA)* y de servicios públicos provistos en esta carta solo serán validos si se muda dentro de los (5) condados de la Ciudad de Nueva York. Si está considerando mudarse fuera de la Ciudad, pero dentro de los límites del Estado de Nueva York, infórmese sobre los montos que corresponden al estado entrando a la siguiente página web del *DSS CityFHEPS*: https://www1.nyc.gov/site/hra/help/cityfheps-documents.page.

**Servicios públicos:** El monto máximo de alquiler propuesto incluye todos los servicios públicos. Si algún servicio público no está incluido, se debe descontar una asignación para servicios públicos de acuerdo con el cuadro que se provee más adelante. El descuento se basa en el tipo o número de habitaciones que figuren en la carta de búsqueda de vivienda, en vez del tipo o número de habitaciones que tenga el apartamento. Para informarse sobre los pagos estándar vigentes, vea la **página 3.**

Los montos ya mencionados se basan en el número de integrantes y en el ingreso total del hogar. Si se produce algún cambio en su hogar o en sus ingresos antes de que reciba la aprobación final de *CityFHEPS*, el monto a pagar podría cambiar. Utilizamos la información que aparece en la **página 2** para decidir cuál es el monto mensual que su hogar pagaría al arrendador.

**(Gire la hoja)**

**Recordatorios importantes:**

- Queda prohibido hacer tratos aparte con el arrendador.
- El vale de depósito de garantía de la HRA sirve como pago de garantía. Los arrendadores y los agentes inmobiliarios no deben pedirle que pague dinero adicional para cubrir el depósito de garantía.

Infórmenos si su arrendador o el agente inmobiliario declara no aceptar los programas de vivienda o los vales de depósito de garantía, o si le pide hacer trato aparte. Llame a la Unidad para la discriminación en base a la fuente de ingresos del *DSS* (*DSS Source of Income Discrimination Unit)* al **718-557-1399**.

**Nota para el Inquilino**: toda referencia a la Asistencia en Efectivo hecha en este aviso solo se aplica si usted se muda dentro de los límites de los cinco (5) condados de la Ciudad de Nueva York. Fuera de la Ciudad de Nueva York, este tipo de asistencia puede ser llamada "Asistencia Pública" o "Asistencia Temporaria".

**Información sobre el hogar**

| | |
|---|---|
| 1. Número de integrantes del hogar que reciben Asistencia en Efectivo (CA, por sus siglas en inglés): | **2** |
| 2. Número de integrantes del hogar que no reciben CA: | **1** |
| 3. Ingreso total de los integrantes que reciben CA: | **$3,371.64** |
| 4. Ingreso total de los integrantes que no reciben CA: | **$0.00** |
| 5. * Asignación de Albergue de CA (cantidad que la **HRA** le pagaría al arrendador): | **$0.00** |
| 6. Suplemento de Alquiler de CityFHEPS (cantidad que la **HRA** le pagaría al arrendador): | **$1,375.51** |
| 7. Porción del hogar (cantidad que **usted** le tendría que pagar al arrendador): | **$1,011.49** |

La HRA solo pagará la Asignación de Albergue de *CA* (*CA Shelter Allowance*) si se muda dentro de los límites de la Ciudad de Nueva York. Si se muda fuera de la Ciudad, pero dentro del Estado de Nueva York, el distrito local de los servicios sociales pagará dicho monto.

Utilizamos la siguiente información sobre los integrantes del hogar para calcular cuál es la porción de su hogar:

| Nombre del integrante del hogar | Tipo de Ingreso | | Monto Mensual |
|---|---|---|---|
| Christopher Mungin | Salary, Wages | | $3,371.64 |
| Anastasia Baum | N/A | | N/A |
| Kiara Mungin | N/A | | N/A |
| Total de ingreso de todos los integrantes del hogar: | | $3,371.64 | |

Si tiene cualquier pregunta sobre la posible porción de su hogar, favor de conversar con el/la administrador(a) de su caso.

**(Gire la hoja)**

## ESTÁNDARES DE PAGO DE *DSS CITYFHEPS* EN VIGOR DESDE 01/01/2023

| Integrantes del hogar | Tipo o número de habitaciones | Todos los servicios públicos incluidos | Sin incluir el gas de cocina y la electricidad | Incluido solo el gas de cocina | Incluido solo la electricidad | Sin incluir los servicios públicos |
|---|---|---|---|---|---|---|
| 1 | Habitación de ocupación individual (*SRO*) | $1,751 | $1,652 | $1,676 | $1,727 | $1,574 |
| 1 | 0 (estudio) | $2,335 | $2,236 | $2,260 | $2,311 | $2,158 |
| 1 o 2 | 1 | $2,387 | $2,275 | $2,302 | $2,360 | $2,184 |
| 3 o 4 | 2 | $2,696 | $2,555 | $2,586 | $2,665 | $2,443 |
| 5 o 6 | 3 | $3,385 | $3,214 | $3,249 | $3,350 | $3,084 |
| 7 o 8 | 4 | $3,647 | $3,446 | $3,485 | $3,608 | $3,296 |
| 9 o 10 | 5 | $4,194 | $3,963 | $4,006 | $4,151 | $3,794 |
| 11 o 12 | 6 | $4,741 | $4,510 | $4,553 | $4,698 | $4,341 |
| 13 o 14 | 7 | $5,288 | $5,057 | $5,100 | $5,245 | $4,888 |
| 15 o 16 | 8 | $5,835 | $5,604 | $5,647 | $5,792 | $5,435 |
| 17 o 18 | 9 | $6,383 | $6,152 | $6,195 | $6,340 | $5,983 |
| 19 o 20 | 10 | $6,930 | $6,699 | $6,742 | $6,887 | $6,530 |

Los montos que figuran en el cuadro anterior solo son válidos para los inquilinos que se muden dentro de los límites de la Ciudad de Nueva York. Aquellos inquilinos que se muden fuera de la Ciudad, pero dentro del Estado de Nueva York, pueden informarse sobre los montos que corresponden al estado entrando a la siguiente página web del *DSS CityFHEPS*: https://www1.nyc.gov/site/hra/help/cityfheps-documents.page.

*CityFHEPS* y el programa Federal de la Sección 8 se asemejan en que ambos, sujetos a la disponibilidad de fondos, proveen asistencia (incluida la asistencia de alquiler de montos determinados), a los arrendadores e inquilinos que deseen establecer una relación mutua. Toda relación contractual se establecerá exclusivamente entre el inquilino y el arrendador que sean participantes del programa.

**¿Tiene usted alguna condición médica, de salud mental o alguna discapacidad?** ¿Se le dificulta entender o hacer lo que pide este aviso, debido a su condición? ¿Se le dificulta obtener otros servicios de la *HRA* debido a su condición? **Nosotros podemos ayudarle**. Llámenos al 718-557-1399. También puede pedir ayuda cuando visite las oficinas de la *HRA*. La ley le da derecho a pedir este tipo de ayuda.

NYC Commission on Human Rights

Abril 2021
(Spanish)

# PROTECCIONES PARA LA FUENTE DE INGRESOS LEGAL SEGÚN LA LEY DE DERECHOS HUMANOS DE LA CIUDAD DE NUEVA YORK

**El vale de vivienda siempre debe ser aceptado para fines de pago de alquiler y depósitos de seguridad.**

La Comisión de Derechos Humanos de la Ciudad de Nueva York lo protege contra la discriminación en base a la fuente legal de ingresos. Esto significa que ni los **agentes inmobiliarios ni los arrendadores pueden discriminar en su contra debido a que usa un vale de vivienda.** Estas protecciones se aplican a todo tipo de asistencia pública o de vivienda, ya sea la asistencia federal, estatal o local, que se use para pagar el alquiler, como la asistencia de CityFHEPS, Sección 8, Seguridad de Ingreso Suplementario (SSI), Administración de Servicios para personas con VIH/SIDA (HASA), FHEPS, y Veteran's' GI Bill, entre otras. También se protegen los vales de depósito de garantía y los subsidios de emergencia por única vez ("solo una vez") que ayudan a cubrir el alquiler o los gastos de comisión del agente inmobiliario.

**Conozca sus derechos como participante del programa CityFHEPS:**

1. **Es requerido que casi todos los apartamentos en alquiler, ubicados en la Ciudad de Nueva York, incluyendo apartamentos en edificios de co-op y condominios, acepten el vale de vivienda.** Usted está protegido según la Ley de Derechos Humanos de la Ciudad de Nueva York y la ley estatal, la cual prohíbe la discriminación en base a la fuente de ingresos.[1]
2. **Los agentes inmobiliarios y arrendadores de vivienda no deben disuadirlo de enviar una solicitud para un apartamento, en base a que piensa usar un vale de CityFHEPS para pagar el alquiler o depósito de seguridad.** Incluso si el agente inmobiliario afirma que simplemente está haciendo cumplir la política del arrendador, aun así está violando la ley.
3. **"No se aceptan cupones/vales", "No se aceptan programas" o anuncios/carteles similares que indiquen rechazo hacia la asistencia para vivienda, son ilegales.**
4. **Los agentes inmobiliarios y arrendadores de vivienda no deben pedir pagos adicionales de alquiler, ni de depósito de seguridad o de comisión, a causa de que usted reciba asistencia para el alquiler.** Si se le pide en secreto, pagar cargos por adelantado, pagar más de $ 20.00 de depósito, o pagar más de alquiler porque usa un vale de vivienda, esto puede ser evidencia de discriminación según la Ley de Derechos Humanos de la Ciudad de Nueva York.
5. **Su arrendador no puede negarse a hacer, ni puede retrasar las reparaciones de su casa debido a que usted paga el alquiler con algún tipo de asistencia pública o de vivienda.** Su arrendador debe hacer las reparaciones necesarias para aprobar la inspección de su programa.
6. **Tiene derecho a ser de libre de comportamientos o comentarios acosadores, discriminatorios o amenazantes, en base a que ha recibido o enviado una solicitud para para recibir CityFHEPS, u otro tipo de asistencia para la vivienda.**

**¿Cómo se manifiesta la discriminación en base a la fuente de ingresos legal?**

- El agente inmobiliario o el arrendador se niega a aceptar el vale como pago de alquiler.
- El agente inmobiliario o el arrendador deja de comunicarse con usted porque tiene un vale.
- El agente inmobiliario o el arrendador le dice, "aceptamos todo, excepto CityFHEPS".
- Le dicen que hay "lista de espera" para las personas que usan vales o programas.

---

[1] Existen excepciones para (i) el alquiler de una habitación en un apartamento que no recibe asistencia pública y se comparte con el dueño o con un familiar del dueño, y (ii) para el alquiler de un apartamento en un propiedad para dos familias, que no recibe asistencia pública, si uno de los apartamentos está ocupado por el dueño o un familiar del dueño, y no se ha publicado el anuncio del apartamento en alquiler. Usted no tiene que preocuparse si no tiene toda esta información. Si no está seguro de que el edificio esté cubierto, comuníquese con la Comisión de Derechos Humanos para preguntar.

- El agente inmobiliario o el arrendador le dice que usted no cumple el requisito mínimo de ingresos, a pesar de que el alquiler está dentro del estándar de pago del vale.
- El agente inmobiliario o el arrendador le dice que puede alquilar el apartamento usando el vale, pero solo si acepta pagar seis meses de alquiler por adelantado.
- El agente inmobiliario o el arrendador le dicen que usted debe tener el puntaje de crédito mínimo para calificar, aunque su vale cubre el 100 % del alquiler.
- Para inquilinos ya establecidos en la vivienda: el arrendador dice que no acepta CityFHEPS, ni ningún otro tipo de vale para pagar su apartamento y le dice que se mude.

**¿Qué tipo de ayuda puede proveer la Comisión de Derechos Humanos de la Ciudad de Nueva York (*NYC Commission on Human Rights*)?**

Si ha experimentado discriminación, la Comisión puede requerir que el agente inmobiliario o que el arrendador tome una o más de las siguientes medidas:

- Alquilarle el apartamento o uno similar.
- Pagarle daños por lo que ha tenido que pagar de su bolsillo y por el sufrimiento emocional.
- Pagarle los honorarios de su abogado, si tiene uno que lo represente en su caso con la Comisión.
- Pagar a la Ciudad de Nueva York una multa civil hasta de $250,000, por violar la ley intencionalmente.

La Comisión también puede seguir monitoreando las actividades del agente o arrendador, o puede reportar a los agentes inmobiliarios autorizados que violen la ley a la División de Licencias del Estado de Nueva York.

**¿Qué pasos puedo tomar para ayudar en mi caso de discriminación?**

Puede ser útil mantener ciertos registros en caso de que experimente discriminación en la vivienda.

- Si responde a un anuncio, tome una foto o captura de pantalla del anuncio inmediatamente.
- Guarde todos sus mensajes de texto y correos electrónicos en un lugar seguro (no solo en su teléfono).
- Cuando sea posible, grabe sus llamadas telefónicas y conversaciones. (Aunque esto es permitido en Nueva York, otros estados tienen leyes diferentes. Consulte siempre con un abogado si tiene alguna pregunta).
- Si se le niega la vivienda, anote su experiencia y cómo lo hizo sentir la discriminación. Guarde los comprobantes de sus gastos.
- Reporte de inmediato a la Comisión, las denegaciones de vivienda, especialmente si el apartamento o habitación aún está disponible.

**¿Cómo puedo comunicarme con la Comisión de Derechos Humanos de la Ciudad de Nueva York?**

Para denunciar la discriminación en base a la fuente de ingresos legal, llame al 311 y pida ser comunicado con la unidad de "Derechos Humanos", o llame a la línea de informativa de la Comisión al **(212) 416-0197**. Para obtener más información y para descargar el material de Vivienda Justa, visite **NYC.gov/HumanRights**.

**Otras agencias gubernamentales que pueden ayudar:**

Unidad de Litigios para Vivienda Justa del Departamento de Servicios Sociales de la Ciudad de Nueva York (*NYC Department of Social Services Fair Housing Litigation Unit*): llame al **(929) 221-6576** o envie un correo electrónico al Departamento a **soi@dss.nyc.gov**.

División de Derechos Humanos del Estado de Nueva York (*New York State Division of Human Rights*): llame a la línea directa para la Discriminación en la Vivienda al **(844) 862-8703** o envíe un correo electrónico a la División a **info@dhr.ny.gov**.

Oficina del Fiscal General del Estado, Oficina de Derechos Civiles (*Office of the State Attorney General, Civil Rights Bureau*): llame al **(212) 416-8250** o complete un formulario de queja en línea en **https://ag.ny.gov/bureau/civil-rights**. Los formularios completos se pueden enviar por correo electrónico a **Civil.Rights@ag.ny.gov** por fax al **(212) 416-6030**.

# EXHIBIT C

# BOARD

100 CHURCH
STREET 10th FLOOR

NEW YORK, NEW
YORK 10007 t
TELEPHONE (212)
912-7235

www.nyc.gov/ccrb

ERIC L. ADAMS

ARVA RICE
INTERIM

**IAB REF#: 202400955**

January 30, 2024

# EXHIBIT E






DELTA
MultiChoice®











Form DHS-9

**REQUEST FOR**
**VOLUNTARY DIRECT PAYMENT**
**FOR EMERGENCY HOUSING**

Queen Family Residence

City of New York
Department of Homeless Services
33 Beaver Street, 15th Floor
New York, NY 10004

Date: 6-11-22

Name of Recipient: CHRISTOPHER MUNGIN

Family Composition: Adults: 2 Children: 1

Address: 7300 Queens Boulevard
Woodside New York 11377

Room Number: 256

Category and Case Number: 21440539

I hereby request emergency housing services from the Department of Homeless Services/Department of Social Services to remove my shelter allowance for my Public Assistance grant and to pay these funds directly (or as a two-party payment) to the facility providing my family with shelter. I fully understand that these payments will continue to be made as long as I remain eligible for emergency housing or until I request, in writing, that direct payments be stopped.

[signature] 6-11-22
Signature of Receipt Date

6-11-22
Signature of Worker or Witness Date


11:28
84
March 20, 2023
3:08 PM
Edit

# EXHIBIT F

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 8F0 | 000060 | 000004 | | 0000440018 | 1 |

*INTERSTATE LOGISTICS GROUP LLC*
*PO BOX 81*
*TEANECK NJ 07666*
*2016953297*

# Earnings Statement

ADP

| | |
|---|---|
| Period Beginning: | 10/22/2023 |
| Period Ending: | 10/28/2023 |
| Pay Date: | 11/03/2023 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**CHRISTOPHER MUNGIN**
**73-00 QUEENS BOULEVARD**
**UNIT 256**
**QUEENS NY 11377**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.2500 | 20.33 | 432.01 | 432.01 |
| | **Gross Pay** | | **$432.01** | 432.01 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -16.57 | 16.57 |
| | Social Security Tax | -26.78 | 26.78 |
| | Medicare Tax | -6.26 | 6.26 |
| | NY State Income Tax | -12.77 | 12.77 |
| | NY SDI Tax | -0.60 | 0.60 |
| | NY Paid Family Leave Ins | -1.97 | 1.97 |
| | **Net Pay** | **$367.06** | |
| | Checking | -367.06 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $432.01

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 20.33 | |

**Important Notes**

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
NY: Single
Exemptions/Allowances:
NY: 0

© 2000 ADP, Inc.

INTERSTATE LOGISTICS GROUP LLC
PO BOX 81
TEANECK NJ 07666
2016953297

| | |
|---|---|
| **Advice number:** | **00000440018** |
| Pay date: | 11/03/2023 |

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| **CHRISTOPHER MUNGIN** | xxxxxxxx0180 | xxxx xxxx | $367.06 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO | |
|---|---|---|---|---|---|
| TK6 | 000522 | 000004 | | 0000440072 | 1 |

# Earnings Statement

ADP

*INTERSTATE LOGISTICS GROUP LLC*
*PO BOX 81*
*TEANECK NJ 07666*
*2016953297*

Period Beginning: 10/15/2023
Period Ending: 10/28/2023
Pay Date: 11/03/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**CHRISTOPHER MUNGIN**
**73-00 QUEENS BOULEVARD**
**UNIT 256**
**QUEENS NY 11377**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.2500 | 26.95 | 572.69 | 1,039.55 |
| Training | | | | 510.00 |
| | **Gross Pay** | | **$572.69** | 1,549.55 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -35 .50 | 96.07 |
| | Medicare Tax | -8 .31 | 22.47 |
| | NY State Income Tax | -17 .81 | 44.16 |
| | NY SDI Tax | -0 .60 | 1.80 |
| | NY Paid Family Leave Ins | -2 .61 | 7.05 |
| | **Net Pay** | **$507.86** | |
| | Checking | -507 .86 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $572.69

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 26.95 | |

**Important Notes**

COMPANY PH#:+1 201 695 3297

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
NY: Married
Exemptions/Allowances:
NY: 2

© 20XX ADP, Inc.

INTERSTATE LOGISTICS GROUP LLC
PO BOX 81
TEANECK NJ 07666
2016953297

**Advice number:** **00000440072**
Pay date: 11/03/2023

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CHRISTOPHER MUNGIN | xxxxxxxx0180 | xxxx xxxx | $507.86 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| TK6 | 000522 | 000004 | | 0023854708 | 1 |

# Earnings Statement

ADP

*INTERSTATE LOGISTICS GROUP LLC*
*PO BOX 81*
*TEANECK NJ 07666*
*2016953297*

Period Beginning: 10/01/2023
Period Ending: 10/07/2023
Pay Date: 10/13/2023

**CHRISTOPHER MUNGIN**
**73-00 QUEENS BOULEVARD**
**UNIT 256**
**QUEENS NY 11377**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Training | 21.2500 | 24.00 | 510.00 | 510.00 |
| **Gross Pay** | | | **$510.00** | 510.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -31.62 | 31.62 |
| | Medicare Tax | -7.40 | 7.40 |
| | NY State Income Tax | -14.36 | 14.36 |
| | NY SDI Tax | -0.60 | 0.60 |
| | NY Paid Family Leave Ins | -2.32 | 2.32 |
| | **Net Pay** | **$453.70** | |
| | **Net Check** | **$453.70** | |

Your federal taxable wages this period are $510.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 24.00 | |

**Deposits**

| | |
|---|---|
| Account No. | xxxxxxxx0180 |
| Transit/ABA | xxxx xxxx |
| Pending | |

**Important Notes**

COMPANY PH#:+1 201 695 3297

BASIS OF PAY: HOURLY

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

**Additional Tax Withholding Information**

Taxable Marital Status:
NY: Married
Exemptions/Allowances:
NY: 2

© 2000 ADP Inc.

TK6 1-2/210

INTERSTATE LOGISTICS GROUP LLC
PO BOX 81
TEANECK NJ 07666
2016953297

**Payroll check number: 0023854708**
Pay date: 10/13/2023

Pay to the order of: **CHRISTOPHER MUNGIN**

This amount: **FOUR HUNDRED FIFTY THREE AND 70/100 DOLLARS** **$453.70**

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

VOID AFTER 180 DAYS

THIS IS NOT A CHECK

CHASE
162 Fifth Ave
New York, NY 10010

| CO | FILE | DEPT. | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| TK6 | 000522 | 000004 | | 0000420059 | 1 |

# Earnings Statement

ADP

*INTERSTATE LOGISTICS GROUP LLC*
*PO BOX 81*
*TEANECK NJ 07666*
*2016953297*

Period Beginning: 10/01/2023
Period Ending: 10/14/2023
Pay Date: 10/20/2023

**CHRISTOPHER MUNGIN**
**73-00 QUEENS BOULEVARD**
**UNIT 256**
**QUEENS NY 11377**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.2500 | 21.97 | 466.86 | 466.86 |
| Training | | | | 510.00 |
| **Gross Pay** | | | **$466.86** | 976.86 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -28.95 | 60.57 |
| | Medicare Tax | -6.76 | 14.16 |
| | NY State Income Tax | -11.99 | 26.35 |
| | NY SDI Tax | -0.60 | 1.20 |
| | NY Paid Family Leave Ins | -2.12 | 4.44 |
| | **Net Pay** | **$416.44** | |
| | Checking | -416.44 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $466.86

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 21.97 | |

**Important Notes**

COMPANY PH#:+1 201 695 3297

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
NY: Married
Exemptions/Allowances:
NY: 2

INTERSTATE LOGISTICS GROUP LLC
PO BOX 81
TEANECK NJ 07666
2016953297

**Advice number:** **00000420059**
Pay date: 10/20/2023

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **CHRISTOPHER MUNGIN** | xxxxxxxx0180 | xxxx xxxx | $416.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**