UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTOPHER MUNGIN,

        Plaintiff,

      -against-

DEPARTMENT OF SOCIAL SERVICES/
HUMAN RESOURCES
ADMINISTRATION/ DEPARTMENT OF
HOMELESS SERVICES,
COMMISSIONER MOLLY WASOW
PARK, NATASHA PHANG-LAWRANCE,
HOME/LIFE SERVICES INC., QUEENS
FAMILY RESIDENCE LLC, MARCIA
UNDERWOOD, GRACE DUODO,
WARREN ENGLISH, JEFFERY
LAURENT, AAILIYAH MANDLEY,
DESMOND KING, and LEANNA
CASTILLO,

        Defendants.

------------------------------------------------------------x

**ORDER**

25-CV-4277 (LDH)(VMS)

LASHANN DEARCY HALL, United States District Judge:

Plaintiff Christopher Mungin filed this *pro se* civil action on July 31, 2025.   (ECF No.

1.)   After some of the Defendants filed a pre-motion letter indicating their grounds for filing a

motion to dismiss (ECF No. 6), Plaintiff filed an Amended Complaint on September 11, 2025.

(ECF No. 7.)   Plaintiff's request to proceed *in forma pauperis* (ECF No. 2) is granted pursuant

to 28 U.S.C. § 1915.

The Clerk of Court shall prepare a summons for the Defendants, using the addresses

Plaintiff provided in his original Complaint.   (ECF No. 1 at 20-23.)   The Clerk is requested to

send courtesy copies to the attorneys who have already appeared on behalf of the Home/Life

Services Defendants (ECF Nos. 4, 5) and to Corporation Counsel.   The United States Marshal

Service is directed to serve the summons and the Amended Complaint upon the Defendants

without prepayment of fees.   Once all parties have been properly served, the Court will consider the previously filed motion to dismiss (ECF No. 12) and any additional motions.

Plaintiff may contact the City Bar Justice Center's Federal *Pro Se* Legal Assistance Project in the Brooklyn Federal Courthouse at (212) 382-4729 to make an appointment for free, confidential, limited-scope legal assistance. The Court notes that the *Pro Se* Clinic is not part of, or affiliated with, the United States District Court.

SO ORDERED.

_____/s/ LDH_____
LASHANN DEARCY HALL
United States District Judge

Dated:  April 13, 2026
        Brooklyn, New York